# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>        Plaintiff,<br>  v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>        Defendants. | No. 24-CV-02016-CJW-MAR<br><br>**SUSTAINABLE AGRICULTURE GROUPS' MOTION TO INTERVENE AS DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 24** |

Pursuant to Federal Rule of Civil Procedure 24(a), the Iowa Farmers Union ("IFU"), Dakota Rural Action ("DRA"), Food and Water Watch ("FWW"), and the Iowa Environmental Council ("IEC") ("Sustainable Agriculture Groups" or "Proposed Intervenors"), by and through undersigned counsel respectfully move this Court for an order permitting them to intervene as of right as a defendant in the above-captioned matter. In the alternative, pursuant to Federal Rule of Civil Procedure 24(b), the Sustainable Agriculture Groups move the Court for an order permitting them to intervene permissively as defendants in the above-captioned matter. Pursuant to Federal Rule of Civil Procedure 24(c) and Local Civil Rule 7(b), the Sustainable Agriculture Groups' Memorandum in Support, Proposed Answer, and Declarations are attached to this motion.

1

The Sustainable Agriculture Groups contacted Plaintiff's and Defendants' counsel to seek their consent on this motion to intervene. Counsel for Defendants responded that Defendants do not oppose the Sustainable Agriculture Groups' motion. Counsel for Plaintiff responded that Plaintiff intends to oppose the motion.

DATED: October 2, 2024

Respectfully Submitted,

By: */s/ Joshua T. Mandelbaum*
   Joshua T. Mandelbaum (AT0010151)
   Kathleen Garvey, *pro hac vice pending*
   Environmental Law & Policy Center
   505 5th Ave. Suite 333
   Des Moines, IA 50309
   jmandelbaum@elpc.org
   kgarvey@elpc.org
   (515) 244-0253
   (312) 673-6500

*Attorneys for Proposed Intervenor Iowa Farmers Union*

By: */s/ Michael R. Schmidt*
   Michael R. Schmidt (AT0013962)
   Iowa Environmental Council
   505 5th Avenue, Suite 850
   Des Moines, IA 50309
   schmidt@iaenvironment.org
   (515) 244-1194 x212

*Attorney for Proposed Intervenor Iowa Environmental Council*

By: */s/ Dani Replogle*
   Dani Replogle, *pro hac vice pending*
   Food & Water Watch
   1616 P Street, NW Suite 300
   Washington, D.C. 20036
   dreplogle@fwwatch.org
   (202) 683-4947

*Attorney for Proposed Intervenors Food & Water Watch and Dakota Rural Action*

2

Case 6:24-cv-02016-CJW-MAR    Document 23    Filed 10/02/24    Page 2 of 2