IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>    Plaintiff,<br> v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>    Defendants. | No. 24-CV-02016-CJW-MAR<br><br>**DECLARATION OF AARON LEHMAN** |

# DECLARATION OF AARON LEHMAN

1.  My name is Aaron Lehman and I am President of Iowa Farmers Union (IFU), a nonprofit, member-driven organization committed to enhancing the quality of life for family farmers, rural communities, and all people through educational opportunities, cooperative endeavors, and civic engagement.

2.  I make this declaration based on my personal knowledge.

**Iowa Farmers Union - Background**

3.  Since 1915, Iowa Farmers Union members have worked together to strengthen the independent family farm through education, legislation and cooperation and to provide Iowans with sustainable production, safe food, a clean environment and healthy communities.

4.  IFU is a grassroots member organization of family farmers and ranchers, advocates, and consumers committed to promoting family agriculture in Iowa. The key to our success is our grassroots structure, with policy positions and priorities initiated and approved by our members.

5.  IFU members (of which there are about 1,000) value a healthy landscape as an integral part of our own farming operations. We believe strongly that voluntary participation in farm programs must include compliance with environmental standards that encourage a healthy landscape. And we believe that encouraging a healthy landscape includes *not* farming on land that is not well-suited to farming such as wetlands and highly erodible lands.

**My Personal and Farming Background**

6.  I am a lifetime member of the IFU. My family has been in the IFU since I was a kid. I've served as IFU President for nearly 8 years.

1

7. As a lifetime citizen of Iowa, I enjoy our natural landscapes. I'm a hiker, a bicyclist, and an occasional camper and canoer.

8. I am a farmer in northern Polk County, Iowa, in a region sometimes referred to as the prairie pothole region. The land around here tends to be highly productive farmland; it is fairly flat with occasional prairie potholes and has very rich glacial soils.

9. My farm is called Lehman Farms, Ltd. I am the 5th generation on the farm, which has been in my family for over 150 years. My son – who farms with me – is the 6th. I've been farming my whole life, with the exception of a few years (ages 18-25) to get my undergraduate degree in Physics from St. Olaf College

10. Each year we farm corn (about 150 acres), soybeans (about 150 acres), oats (about 100 acres) and hay or another forage (about 100 acres). We currently have no livestock.

11. Along with its productive parts, our farm includes some parts that are not agriculturally productive, including a wet areas and a highly erodible area that is too steep to farm on responsibly.

12. Our highly erodible land is enrolled in USDA's Conservation Reserve Program (CRP). Under that program, we were given cost-share funds to implement conservation practices, and we are paid a yearly amount, based on acreage, to keep those practices in place.

13. I also have some wetland areas that are enrolled in CRP. Under that program, we were given cost-share funds to implement conservation practices and we are paid a yearly amount, based on acreage, to keep those practices – and our wetland – in place.

2

14. I also receive other USDA-administered federal benefits including price support programs, crop insurance subsidies, as well as funding through a program called Environmental Quality Incentives Program (EQIP).

15. In order for us to participate in these farm support programs, each year we have to certify basic information about our farm such as what crops we have planted, and where and when we planted them. We also have to certify each year that we haven't drained any wetlands (Swampbuster compliance) and that we are not farming on any highly erodible lands (Sodbuster compliance).

16. Even if Swampbuster and Sodbuster were invalidated by this lawsuit, I do not intend to fill or drain any of our wetland areas, or to start farming on any of our highly erodible land. We simply wouldn't get the level of benefits that we get from keeping this land in CRP.

17. Keeping the land in CRP gives our farm environmental benefits. For one, seeding native grasses in wetlands is designed to take in the nutrients from the soil rather than having them escape as pollution through a tile or as runoff into another waterway. So it improves the water quality on our land. Also, the pollinators that are attracted to the native grasses are helping our surrounding farm areas by increasing pollination of our planted crops. This allows us to get a better yield and also provides a good habitat for birds, insects and other animals.

18. Filling in the wetland, on the other hand, would be more trouble than it's worth. Before we put our wet areas into CRP, we tried to farm them but we weren't getting a good return. Yields were low and it required a lot of extra time and labor. Now we can farm

3

around that wet spot rather than waiting for it to dry out before tilling, seeding, and harvesting.

**IFU Advocacy Related to USDA Conservation Programs**

19. As part of our mission, IFU regularly advocates for policies related to USDA's conservation programs.

20. Every single year, we review IFU's Legislative Policy priorities and update them. We hold an annual convention – usually in December – to discuss and vote on our policy priorities. Leading up to the convention, we hold other events and small group discussions on specific topics, but each year the entire body is invited to attend the convention and vote.

21. IFU also has a policy committee which takes our policy priorities and determines what opportunities there are to advocate for legislative change at both the federal and state level. We then meet with federal and state legislators throughout the year to discuss our priorities and how we can get them implemented into law.

22. IFU plays a very active role in conservation-related advocacy. It has been a high priority for the last 50 years.

**IFU Legislative Policies related to Swampbuster and Sodbuster**

23. Many parts of the IFU 2024 Legislative Policy relate directly to the issues in this lawsuit.[1] In our 2024 Legislative Policy, "[w]e reaffirm[ed] our belief that farm program eligibility should be tied to resource stewardship." IFU 2024 Legislative Policy at p. 20.

24. IFU also supports:

    a. "Conservation compliance as a requirement to receive federally subsidized crop insurance." IFU 2024 Legislative Policy at p. 10;

4

b.  "[I]ncreased funding for the Conservation Reserve Program (CRP) and the Wetlands Reserve Program (WRP) to allow for adequate rental prices and to encourage landowner participation in the programs." IFU 2024 Legislative Policy at p. 20;

c.  "Assistance to family farmers in conservation and the maintenance of an ecological balance." IFU 2024 Legislative Policy at p. 39;

d.  "Greater efforts to design targeted conservation planning and incentives (e.g., installation of wetlands, bioreactors, riparian buffers, etc.) and strategically allocate funding to facilitate conservation in areas that are the most critical for watershed health." IFU 2024 Legislative Policy at p. 43.

**IFU's Interest in Keeping Swampbuster and Sodbuster Protections**

25.  IFU has an interest in this lawsuit to defend the Swampbuster and Sodbuster programs because one of our core tenets has long been a belief that farmers receiving federal support payment must also be good stewards of the environment.

26.  Our member farmers believe that if they are trying to be good environmental stewards, other farmers should not be rewarded for not being good environmental stewards. That means we need to align program eligibility with the practices we want to see.

27.  Our member farmers also want clean water. We rely on clean water for our own living on the farm and for that of our livestock. Many watersheds in Iowa are already impaired by pollutants coming from agriculture, including nitrates. Getting rid of Swampbuster and Sodbuster would make water quality worse.

28.  Many of our farmer members are faced with health and/or financial issues from their rural drinking water supply. Some have had to start using bottled water or pay the extra

5

cost of hooking up to rural water system because their own wells were not safe to drink from.

29. Increased flooding would also negatively impact our members. Farmers are increasingly having to deal with big rain events, both on their fields and in their homes. Many of our members live directly on or near waterways and are more susceptible to flooding. If floods continue to increase, yields will be impacted, farm earnings will go down, and costs – including the costs of reseeding and additional fertilizer – will go up.

30. Converting additional acres of wetlands and highly erodible soil will also bring more land into production, which could lead to overproduction, and reduce crop prices. This would mean lower farm income for IFU members.

31. Environmental degradation, including poor water quality, also decreases the property value of farmland. When being prepared for sale, most farmland is assessed, with the seller wanting information about specific attributes of the land that is for sale. Soils that are degraded because of erosion equate to lower property value assessments. Not having access to clean water also decreases assessment values, as does an increased risk of flooding.

32. This lawsuit's attempt to undo Swampbuster and Sodbuster could also do reputational harm to our farmer members. Unfortunately, there are some myths out there that a lot of farmers are greedy. And when the public hears that farmers are arguing that they should be able to get government payments without having to do even minimal work to conserve our environment, the public perception of farmers drops and public support for our positions is eroded. We want farmers to be known as good partners with the public and the public, in exchange for their taxpayer support, needs a healthy environment. This lawsuit, unfortunately, puts farmers in the position of being seen as opponents of commonsense

environmental protection who feel they are entitled to taxpayer money without having to do anything to fulfill their end of the social bargain.

**Personal Interest in Keeping Swampbuster and Sodbuster Protections**

33. If the Swampbuster and Sodbuster programs are invalidated, significant amounts of vulnerable land in Iowa will be degraded. Rural Iowans and Iowa farmers will have less access to clean water, and fewer natural habitats will be available for pollinators and other species of animals and insects that are important to our ecosystem.

Water quality efforts that have been put into practice by many Iowa farmers (both within IFU and without), including cover crops and diverse rotations, will be negated if Swampbuster and Sodbuster are undone.

35. I am also concerned that if we get rid of Swampbuster and Sodbuster, we will be rewarding the folks who are not good stewards of the land and lessening the value of the land of farmers who are doing everything they can to preserve the land for themselves and for future generations.

36. At the end of the day, no farmer is required to participate in government support payments. Our farmers who do participate in farm programs and comply with requirements of Swampbuster and Sodbuster don't feel they are entitled to a government subsidy unless they hold up their end of the bargain with the American public, which is to put in at least a minimal amount of effort to protect our irreplaceable natural resources. As farmers, we are directly responsible for the continued health and existence of America's farmland. I don't think that farmers who aren't willing to do their part should be entitled to free taxpayer money.

**How Swampbuster and Sodbuster Work**

37. My understanding of Swampbuster and Sodbuster is that they operate in the same way. If you don't comply with Swampbuster, you cannot get federal benefits; if you don't comply with Sodbuster, you cannot get federal benefits.

38. I have read the complaint and I disagree with how it describes USDA programs in many respects.

39. For example, the complaint says that "Swampbuster imposes *compulsory* conservation: it conditions USDA agricultural benefits on a farmer keeping 'wetlands' in conservation, with no payment of rent to the farmer." Compl. ¶ 16 (emphasis added).

40. That is not my understanding of Swampbuster. My understanding is that Swampbuster is a fully voluntary program. If you choose to comply with Swampbuster, you are eligible for federal benefits. If you choose not to comply, you are not. Nothing requires a farmer to participate in the program.

41. The complaint also says, "Conversely, Sodbuster is a voluntary program that pays farmers market rent to keep their "highly erodible land" acreage in conservation." Compl. ¶ 17.

42. I agree that Sodbuster, like Swampbuster, is a voluntary program. But it is not my understanding that Sodbuster "pays farmers market rent to keep their 'highly erodible land' acreage in conservation." I am aware of a program called the Conservation Reserve Program (CRP) which pays farmers rent to keep acreage in conservation. As I stated above, I am enrolled in CRP for some highly erodible land on our farm. That program pays farmers what could be described as "market rent" to keep highly erodible land out of production. That program also pays farmers what could be described as "market rent" to keep wetlands out of production. As I stated above, I am enrolled in CRP for some wetland areas of our farm.

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 19, 2024

Aaron H. Lehman
President, Iowa Farmers Union

9