# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company, </br></br>　　　　Plaintiff, </br></br>v. </br></br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY CROSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist, </br></br>　　　　Defendants. | Case No. 24-CV-02016-CJW-MAR </br></br></br></br>**DECLARATION OF FRANK JAMES** |

## DECLARATION OF FRANK JAMES

I, Frank James, being duly sworn, state as follows:

1.　　I am the Staff Director of Dakota Rural Action ("DRA"). I have held this position from 2006 to the present and have worked with DRA since the late 1990s. My business address is 910 4th Street, Suite A, Brookings, South Dakota 57006.

2.　　I make this declaration in support of DRA's and other prospective intervenors' motion to intervene in the above captioned lawsuit, in which Plaintiff CTM Holdings challenges various aspects of the U.S. Department of Agriculture's Wetland Conservation Compliance Provisions ("Swampbuster").

3. In my capacity as DRA's Staff Director, I am intimately familiar with the organization's mission, membership, activities, and operations. As such, this declaration is based on my personal knowledge.

4. Founded in 1987, DRA is a membership-based nonprofit organization located in Brookings, South Dakota. DRA Strives to build grassroots leadership through community organizing and giving people a strong voice in decisions affecting their quality of life. DRA supports and works to protect South Dakota's family farmers, natural resources, and unique way of life.

5. DRA represents over 900 members, including members who live, work, recreate, and own land near wetlands currently protected under Swampbuster.

6. DRA has long advocated for policies benefiting family farmers and ranchers. Conservation programs, including Swampbuster and Sodbuster, are important programs for family farmers and ranchers and DRA has organized and worked for the passage and preservation of these programs.

7. We have also worked to change programs that tend to fund the destruction of wetlands and native prairies. DRA members have written letters to the editor, phones and visited in person with SD Congressional Delegation and sent countless emails to promote the expansion as well as protect these programs.

8. Many DRA members are farmers or ranchers, and the vast majority of our members who grow commodity crops or livestock comply with conservation compliance provisions. This includes programs like the Conservation Security Program, the Environmental Quality Incentives Program and the Conservation Reserve Program, all of which require compliance with Swampbuster and Sodbuster.

9. It is widely known that in South Dakota and many other states, the demand for most of these programs exceeds the funding available. DRA has highlighted and explained these programs in our beginning farmer program called Farm Beginnings.

10. DRA is supportive of USDA's conservation programming, including Swampbuster and Sodbuster, because these programs benefit DRA members. DRA members value natural diversity on their farms and ranches, and in the surrounding areas, because diverse landscapes that include wetlands and prairies offer resilience in the face of climate change. Our members credit Swampbuster and Sodbuster with helping to preserve and restore these natural features on farmland.

11. Conservation compliance provisions like Swampbuster and Sodbuster incentivize preservation of wetlands and prairies, offering conservation-minded farmers and ranchers economic benefits in the form of access to USDA assistance. These assistance programs help offset farming income that DRA's members sacrifice in favor of preserving the wetlands and prairies to mitigate the impacts of floods and droughts on their land and in the surrounding areas. Harm from flooding and droughts are growing concerns as they are expected to increase in number and severity as a result of climate change. Swampbuster and Sodbuster provide long term viability for family farmers and ranchers.. The economic benefits of viewing wetlands and prairie land as an integral part of a family farm or ranch are long-term and multigenerational. On the other hand, the short term benefits of destroying these elements come at the cost of ruining the land for future generations. Many DRA members hope to someday hand their farms and ranches over to their children, and they worry that the loss of Swampbuster and Sodbuster will reduce their property values and degrade the quality of their farmland.

12. DRA is also concerned about how potential changes to Swampbuster and Sodbuster will affect water quality. Wetlands protected by Swampbuster help filter out pollution that would otherwise impact the groundwater that many DRA members rely upon for drinking water. Sodbuster prevents erosion that would otherwise pollute nearby surface waters. Clean water is essential to agriculture and the rural quality of life that DRA works to protect.

13. When I heard about CTM Holdings' suit challenging the Swampbuster statute, implementing regulations, and wetland determination for its property, I became concerned because undermining NRCS' ability to implement Swampbuster will exacerbate the inequities that can result from tiling and draining. Without incentives to forego draining, DRA is concerned that the wealthiest and most powerful landowners will drain unwanted water onto smaller farmers and ranchers. In this manner, a regulatory system without Swampbuster would create a lopsided situation where the few are permitted to benefit on the backs of the many.

14. DRA members would have to spend a great deal of time fighting to protect their land and wetlands at the local county level. This would be time consuming and create a patchwork of protections from county to county.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 19th day of September, 2024, in Brookings, South Dakota.

*/s/ Frank James*

Frank James