IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF IOWA

EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>Defendants. | No. 24-CV-02016-CJW-MAR<br><br>**DECLARATION OF MITCH JONES** |

_____

I, Mitch Jones, declare and state as follows:

1. I am the Managing Director of Policy and Litigation at Food & Water Watch ("FWW"), where I have worked since 2008. Unless otherwise stated, I have personal knowledge of all facts stated below, and if called as a witness can and will competently testify to all of the facts below.

2. FWW is seeking to intervene on behalf of Defendants in the above captioned matter.

1

3. As the Managing Director of Policy and Litigation, I oversee FWW's policy work covering agriculture, water utilities, climate, and energy. In addition, I oversee our litigation work and am familiar with our advocacy related to concentrated animal feeding operations, or CAFOs, also known as factory farms.

4. FWW is a national, non-profit public interest organization headquartered in Washington, D.C. FWW has more than 2.8 million members and supporters nationwide. This includes members living, working, and/or recreating in on areas downstream from wetlands on farms.

5. FWW's mission includes ensuring healthy, sustainably raised food and clean water for all. FWW mobilizes regular people to build political power to move bold and uncompromised solutions to the most pressing food, water, and climate problems of our time. FWW uses grassroots organizing, media outreach, public education, research, policy analysis, and litigation to protect people's health, communities, and environments.

6. FWW aims to bring systemic change to the U.S. food system. To achieve this goal, FWW advocates for transparency and accountability in the factory farm system through litigation; engages with regulatory agencies at the federal and state level; conducts outreach and education to FWW members and the general public; builds coalitions of organizations working to hold factory farms accountable for their harmful impacts; and promotes sustainable, local food systems.

7. Fighting for strong U.S. Department of Agriculture conservation programs like Swampbuster and Sodbuster is central to FWW's mission because these programs help protect water quality and reward farmers who employ commonsense conservation practices.

8. FWW has a long history of work opposing industrial agriculture methods that threaten human health and the environment. Some of FWW's work and publications include:

- Factory Farm Map: https://fwwat.ch/factoryfarmmap2024
- Factory Farm Nation: 2020 Edition, https://www.foodandwaterwatch.org/wp-content/uploads/2021/05/FS_2004_FacFarms2020-WEB.pdf
- How Project 2025 Puts People and Our Planet in Peril, https://www.foodandwaterwatch.org/2024/07/24/project-2025-food-water-climate/
- A Fair Farm Bill for All, https://www.foodandwaterwatch.org/wp-content/uploads/2023/01/RPT1_2211_2023UpdateFarmBill101-WEB2.pdf

9. FWW carries out its mission to further the interests of its members, including FWW members like Tatum Watkins; therefore, any impact to FWW's ability to advance its mission harms the members on whose behalf FWW works.

10. In the above captioned matter, Plaintiff CTM Holdings seeks to remove wetlands protections provided by the conservation compliance program known as "Swampbuster."

11. FWW is concerned that removing these protections would result in the conversion of wetlands that presently mitigate drought and flooding in rural communities. Drought and flooding adversely impact income for FWW members who work on family farms, harming their ability to compete with the giant agribusinesses FWW opposes.

12. FWW also works to help its members understand that programs like Swampbuster help attenuate agricultural pollutants and should be supported. FWW is therefore concerned that the relief CTM Holdings seeks in this matter will impede FWW's ability to advocate for policies that protect public health and the environment.

13. FWW is also concerned that the relief sought in this case will result in increased draining of wetlands that adversely impacts recreational waterways and groundwater aquifers FWW members rely upon for drinking water. Once environmental harm has occurred, it is notoriously difficult or even impossible to correct. That is why FWW relies on conservation programs like Swampbuster and its sister program, "Sodbuster" to prevent environmental degradation before it occurs.

14. Part of FWW's role is analyzing agricultural policies, including Swampbuster and Sodbuster. Due to the similarities in the structure of Swampbuster and Sodbuster, FWW is concerned that the outcome of the above-captioned litigation will also undermine the Sodbuster.

15. Sodbuster protects human health and the environment by incentivizing farmers not to plant irresponsibly on highly erodible lands. Following conservation practices in highly erodible lands is especially important because failure to do so can lead to severe pollution impacts and loss of invaluable topsoil that some FWW members rely on to make a living farming.

16. FWW and its members are worried that the outcome of this case could result in increased planting and harvesting on highly-erodible lands, ultimately reducing the long-term viability of cropland and decreasing member profits.

17. FWW's injuries, and those of our members, would be fully or partially redressed if this Court denies CTM Holding's request for relief. Without such a ruling, the environmental and public health threats held at bay by Swampbuster and Sodbuster are likely to adversely affect FWW and its members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2024.

_____
Mitch Jones
Managing Director of Policy and Litigation
Food & Water Watch