IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>        Plaintiff,<br>  v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>        Defendants. | No. 24-CV-02016-CJW-MAR<br><br>**DECLARATION OF SARAH GREEN** |

# DECLARATION OF SARAH GREEN

1. My name is Sarah Green. I am the Executive Director of the Iowa Environmental Council ("IEC"), a 501(c)(3) nonprofit that creates large-scale change to make Iowa a better place to live, work, explore, and enjoy through advocacy, education, and coalition-building. I have been the executive director since April 2024.

2. I make this declaration based on my personal knowledge.

3. IEC was founded in 1995 as a way to bring together business and nonprofit interests to protect Iowa's environment and enhance quality of life for all Iowans. Since its founding, IEC has sought to protect water quality in Iowa through efforts including adoption of agricultural conservation practices. For example, in 1997 IEC encouraged passage of a law requiring the closure or permitting of dangerous agricultural drainage wells that allow farm chemical and bacteria to contaminate groundwater.

4. IEC has sought to protect water quality through participation in federal and state efforts addressing agricultural conservation issues, including the State Technical Committee of the Natural Resources Conservation Service; the Animal Agriculture and Water Quality subcommittee, part of the U.S. EPA Farm, Ranch, and Rural Communities Federal Advisory Committee; the state Watershed Planning Advisory Council; and the state Water Resources Coordinating Council.

5. IEC is a membership-based nonprofit. IEC has more than 100 organizational members, including non-profit and for-profit organizations that support IEC's mission to create a safe, healthy environment and sustainable future for all Iowans. IEC's board of directors includes representation from member organizations and at-large members.

1

6. Iowa Farmers Union has been a member organization of IEC since 1996, the year after IEC's formation. The IEC Board of Directors has had three directors who represented Iowa Farmers Union on the board. IEC has had other farmers on the Board of Directors to inform the organization's direction on agriculture policy.

7. IEC also has more than 750 individual members. These members support IEC's mission to create a safe, healthy environment and sustainable future for all Iowans. Individual members often take action to support efforts by IEC staff to advocate for cleaner water in Iowa, such as contacting governmental decision-makers.

8. IEC has a Water and Land Stewardship Program ("Program") that works to advance strong standards and goals for clean water and land stewardship that strengthen Iowa's environment, economy, communities, health and quality of life. The Program advocates for solutions that are economical, sustainable and environmentally sound. This includes reducing pollution from urban and agricultural sources to restore Iowa's land and water.

9. The Program works with diverse stakeholders to improve the state's strategy and programs for reducing agricultural pollution – the most significant source of water pollution in Iowa – which is largely unregulated. The Program engages with member organizations to protect and adopt federal and state policies that protect clean water.

10. The Program also advocates for sustainable funding for conservation and protection of natural resources. The Swampbuster and Sodbuster provisions of the Farm Bill (the Agriculture Improvement Act of 2018), collectively known as "conservation compliance," are key tools for protecting wetlands in Iowa. Many of Iowa's wetlands are in

2

agricultural areas, have been designated by the Natural Resources Conservation Service, and are in place because of the protections provided by Swampbuster.

11. IEC and its members are very concerned about the impacts of pollution and flooding on their well-being, their livelihood, and their future. IEC members recreate in and around surface water, benefit from clean water, and benefit from the vitality of agriculture in Iowa that results from protecting vulnerable areas of land.

12. Many watersheds in Iowa are affected by water pollution and flooding. IEC's members would be directly affected if the conservation compliance provisions of the Farm Bill were found to be invalid.

13. IEC members have been concerned about flood policy issues in Iowa. IEC has supported the development of natural infrastructure solutions such as wetlands to retain precipitation and reduce flood impacts.

14. IEC filed a Petition for Rulemaking to the Iowa Environmental Protection Commission in 2022 seeking adoption of floodplain maps. IEC issued a report in 2023 showing that concentrated animal feeding operations in floodplains have expanded, creating economic and public health risks. IEC and its members are concerned that removal of wetlands could exacerbate flooding by reducing the capacity to retain water in upstream areas. IEC members would be directly affected by the increases in flooding that could result from widespread wetland losses.

15. IEC has published reports describing the slow adoption of agricultural conservation practices to protect water quality, including constructed wetlands. The State of Iowa has adopted a Nutrient Reduction Strategy that calls for increases in conservation practices, including wetlands. IEC's reports found that at current rates – assuming wetlands

3

protected by Swampbuster are retained – the state will meet the target for wetlands in approximately 942 years.

16. Wetlands can reduce nitrate in surface water, and nitrate is a widespread contaminant of drinking water in Iowa. IEC and its members have been concerned about drinking water contamination by nitrate for many years. IEC published a report in 2016 addressing health effects of nitrate contamination in drinking water. IEC filed a petition for rulemaking with the Iowa Environmental Protection Commission in 2021 seeking to protect drinking water. IEC petitioned U.S. EPA in 2021 to take emergency action to protect drinking water from nitrate contamination in Northeast Iowa, including Delaware County where Petitioner owns land.

17. The Sodbuster provisions of the Farm Bill impose conditions on subsidies in the same way as Swampbuster. IEC members are concerned about Sodbuster protections because of the substantial reduction in erosion (soil loss) resulting after adoption of Sodbuster in 1985. Retaining soil on the land improves soil health, productivity, and land value.

18. Soil contains phosphorus that pollutes water and degrades habitat. If Sodbuster is held to be invalid, IEC members would be directly affected by the soil and water quality impacts.

19. IEC members include farmers who are subject to Sodbuster and benefit from the reduced soil loss and improved water quality.

20. Converting additional acres or wetlands and highly erodible soil brings more land into production, which leads to overproduction and undercuts prices for farmers. In fact, it is my understanding that the whole purpose of Swampbuster/Sodbuster was to try to mitigate

4

the overproduction that USDA programs had unintentionally created. Removing the programs would directly harm IEC members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 18, 2024

_____
Sarah Green
Executive Director
Iowa Environmental Council

5

Case 6:24-cv-02016-CJW-MAR    Document 23-6    Filed 10/02/24    Page 6 of 6