IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>　　　　　Plaintiff,<br>　v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>　　　　　Defendants. | No. 24-CV-02016-CJW-MAR<br><br>**DECLARATION OF SETH WATKINS** |

# DECLARATION OF SETH WATKINS

1. My name is Seth Watkins. I live and farm in Page County, Iowa. With my family, I farm 400 acres and raise 100 head of cattle, and 60 ewes. The farm has been in my family since 1848. I am a fourth-generation farmer. I have children who will inherit the farm, and I would like for them to be able to farm the land for future generations.

2. I make this declaration based on my personal knowledge.

3. I am a member of the Iowa Environmental Council. I joined the Iowa Environmental Council as a member in 2012 because I support its mission to create a safe, healthy environment and sustainable future for all Iowans. I have specifically supported the work of the Water and Land Stewardship Program to strengthen Iowa's environment, economy, communities, health and quality of life.

4. As a farmer, I rely on the continued preservation of natural resources – especially soil and water – for my living. If these resources are destroyed or degraded, they won't be available to farm. Removing Swampbuster or Sodbuster ("conservation compliance") provisions will accelerate this resource loss.

5. I have participated in federal farm programs for 30 years. My farm is in compliance for Sodbuster and Swampbuster and was audited last year.

6. My farm sits in the Southern Iowa Drift Plain, much of which is classified as highly erodible land, and is therefore subject to Sodbuster. The area I live in has experienced soil loss from wind and water erosion exceeding the "tolerable" rate of 5 tons per acre. The regenerative soil rate is 1100 pounds per acre per year. Iowa soil loss averages 15-20 times the rate it is regenerated. I have farmed since 1981 and strive to keep my farm in grass because that's what's best for the land.

1

7. Thanks to conservation compliance under the 1985 farm bill, the soil loss from land in my region has been greatly reduced, but still exceeds the tolerable loss rate. Without the conservation compliance provisions in place, the land I love would be devastated.

8. Conservation compliance is one of the only tools available to reduce erosion. Unless we have compliance with Sodbuster requirements, we will destroy essential resources. This will lead to scarcity, and scarcity will lead to conflict. These conditions will never allow citizens to enjoy their inalienable rights to life, liberty, and the pursuit of happiness. Conservation compliance is the only tool to reduce erosion tied to federal subsidies and the only accountability for taxpayers for the dollars they pay.

9. Among other things, erosion harms water quality, which impacts me, as well as my family's quality of life. I rely on the continued preservation of natural resources for my family business, the value of my land, the benefit of my cattle, and recreation. Removing Swampbuster or Sodbuster provisions will accelerate this resource loss.

10. Water is a common good necessary for all of us. I try to ensure that the water leaving my farm is cleaner than the rain that falls on it. Removing Sodbuster will reduce the resiliency and biodiversity of the land in my region, which my family and livestock depend upon for the success of our business.

11. Removing conservation compliance would affect actions of my upstream neighbors, because they would farm land prone to erosion. This would lead to greater soil erosion on my farm. Soil erosion is associated with nutrients entering water, which can harm the health of livestock and pollute my farm pond.

12. Based on my experience, improving compliance with Swampbuster and Sodbuster would help stabilize farm income, including mine, and benefit taxpayers generally. We will need clean water and healthy soil in Iowa to ensure we can feed 9 billion people by 2050.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September _20_, 2024

_____
Seth Watkins
Member, Iowa Environmental Council