IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>        Plaintiff,<br>  v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>        Defendants. | No. 24-CV-02016-CJW-MAR<br><br>**DECLARATION OF JOHN GILBERT** |

# DECLARATION OF JOHN GILBERT

1. My name is John Gilbert. I am a farmer in the Prairie Pothole region of Iowa and I sit on the Board of the Iowa Farmers Union (IFU).

2. I make this declaration based on my personal knowledge.

3. I have been farming pretty much my whole life, starting out in childhood, with a brief break around college, service, and working off the farm for three years. My wife and I returned just in time for the farm crisis of the 80's. One of my five brothers and our eldest son—along with our spouses—farm in Hardin County. The home farm has been in the family for more than 125 years. We hope to pass the farm along to my son and, from there, on to his children and grandchildren.

4. I've been a member of IFU for more than 30 years.

5. We raise soybeans and corn (about 300 acres of each) in rotation with alfalfa and mixed forage (50-60 acres), and oats and winter triticale (about 20-25 acres). We also have grazing lands for our cattle (about 35 acres), and grassed headlands and buffer strips (6-8 acres). We ran a dairy for many years, including when I was a kid. We are not currently selling milk but we are still milking cows (about 12-20) for household use and for raising calves to produce direct-to-market beef (85-100 beef cattle). We also raise hogs (20-25 sows and about 300 market hogs per year).

6. Prairie potholes are depressional wetlands found in this part of Iowa and in other parts of the Upper Midwest. Some prairie pothole marshes are temporary and can dry out when the weather is dry, while others may be essentially permanent, with open water visible much of the year unless artificially drained. The prairie pothole region is also known as the Des Moines lobe, as this was the area covered by the most recent glacial advance. The rolling

1

terrain of depressions surrounded by hummocks or small hills is what is left by a receding glacier.

7. Part of our land is typical prairie pothole uplands, but the rest straddles South Fork, a tributary of the Iowa River, that drains about 208,000 acres. We're about half way from the headwaters to the confluence. I've seen the South Fork change considerably over the years – growing wider and coming up more rapidly and frequently. In the last 12-15 years, literally thousands of miles of new tile drainage have been installed above us to remove water more quickly in the intensively row cropped area. Fewer wetlands upstream means more flooding for us because there is less land capable of holding water upstream.

8. We often experience flooding, including this past spring when we lost about 15 acres of corn and were delayed in planting soybeans. As an adaptive strategy, we've returned more vulnerable areas to grass, which we use for rotational grazing of our cattle.

9. We assume we will lose about 10-20% of planted acres to flooding each year. That's the reality of farming in the prairie pothole region, and everybody in this area understands the risks. We buy crop insurance and it helps mitigate those losses when we have them.

10. Just as our upstream neighbors' choices impact us, we understand that we impact the people downstream from us. In 2011, we reconstructed a shallow water wetland on our farm in an area that qualifies as prairie marsh remnant. It was never drained for farming because of Swampbuster. This wetland helps keep more water on our land, improves water quality (standing water de-nitrifies faster than moving water), supports the traditional ecology of the region, and provides habitat.

11. We built and maintain our reconstructed wetland because we felt it was the right thing to do for our neighbors and for the environment. We used one payment from our five year CSP contract to pay for the bulk of the construction cost, as no other government "cost share" programs were available.

12. Even if the Swampbuster rules went away and we were suddenly allowed to drain that area, we would not do it. Again, the wetland helps us and our neighbors in terms of reduced flooding and better water quality, and it provides a habitat for migratory and resident waterfowl, various kinds of frogs and other amphibians, a plethora of seasonal insects like bees and dragonflies, an occasional muskrat, and provides a watering hole for game species like deer, turkeys and pheasants.

13. But economically, it wouldn't make sense to drain this area either. Some land just isn't meant to be farmed and this land is meant to be a wetland. It would cost thousands of dollars and it would still be subject to seasonal flooding during the increasingly heavy rain events. It would only be a matter of time before it started reverting back to a wetland, making it incapable of growing crops. Fighting against nature that way is more trouble and cost than it's worth.

14. Many years ago, we tried to convert some similar ground to cropland and it didn't work out. I remember my dad spending a lot of time and effort before the 1985 Swampbuster law converting one part of our land to turn it into cropland. We fought with that land for many years but in the 1990s, we returned it back to grassland.

15. I served as a local soil commissioner for 14 years, from the late 80s to the early 2000's. As commissioners, we had to review requests for exemptions to Sodbuster compliance requirements. Some farmers came to us asking permission to farm on highly erodible land, and

3

under our commission rules, if the farmer met certain criteria, we were required to grant the exemptions. In my opinion, we approved too many of those requests and it is part of why a lot of Iowa's land and water is in bad shape.

**Personal Experience of 1980s Farm Crisis**

16. I got back to the farm just in time for the Farm Crisis of the early 1980s. In the boom time of the 1970's, farmers borrowed money for land, machinery and operating expenses at fixed interest rates, which in those inflationary times meant loans could be repaid with dollars that were worth less than the ones that were borrowed.

17. When the fed shifted monetary policy in late 1979 to let interest rates float, borrowed money quickly became a major liability, with interest rates reaching more than 20 per cent. Land prices deflated rapidly and balance sheets across farming areas were quickly under water—much like the housing crisis of 2008-10.

18. To stop the free fall, Congress authorized programs like the Conservation Reserve Program (CRP) to isolate land from the market. This helped land prices find a bottom, and it also helped ensure that the protections of the Clean Water Act – passed about a decade before – did not go to waste.

19. By the early 1980s, a lot of the industrial pollution had been cleaned up by the Clean Water Act but agricultural pollution was still a big challenge. With the passage of Swampbuster and Sodbuster, Congress addressed the low hanging fruit of farm pollution at a time when there was a need to keep land out of production. It is important to note that 40 years later, water quality is worse in most farming areas because no other efforts with any enforcement clout to stem soil and nutrient loss into waterways has ever been seriously

4

considered by Congress. Even watered-down efforts to tie subsidized crop insurance to conservation compliance invariably end up on the farm bill cutting room floor.

**Interest in Keeping Swampbuster and Sodbuster Protections**

20. If the Swampbuster program is invalidated, I fear more serious environmental damage, as well as health problems.

21. Iowa already has very high cancer rates, and I understand that they have been linked to nitrogen fertilizers leaching into groundwater. Cancer is very prevalent in my community.

22. Our farm sits in the middle of one of the biggest concentrations of hog confinements in the state. Because we're along South Fork, we work with researchers from time to time. They test the South Fork throughout the year and this past year, nitrate levels in the river spiked with the spring flush. The researchers were getting readings of 25-30 parts per million (ppm) of nitrates. Even late this summer, when nitrates usually subside to the low single digits, South Fork was still testing 16 ppm. The level for drinking water is 10 ppm. Fortunately, our drinking water well is not contaminated as far as we're aware.

23. Getting rid of Swampbuster and Sodbuster will also undermine the state's toothless voluntary nutrient reduction plan. Iowa's water quality efforts rely on edge-of-field practices such as bioreactors and saturated buffers. They also rely on water quality services from wetlands. If we destroy more wetlands, any progress that could have been made through the nutrient reduction plan will be undermined.

24. We also already have issues with over-production. If farmers are suddenly able to farm every square foot of land, that would exacerbate the existing economic pressure to farm even the few remaining wetland areas that help provide some semblance of water quality.

25. From my perspective, Swampbuster is the last thumb in the dike preventing total destruction of our natural ecosystems, including the prairie pothole region where I live and farm. There has already been too much wetland loss and there is already too much flooding. If this case succeeds, I am very concerned that my farm may not be able to continue to operate and thrive.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 19, 2024

John Gilbert