IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>    Defendants. | No. 24-CV-02016-CJW-MAR<br><br>**DECLARATION OF TATUM WATKINS** |

I, Tatum Watkins, declare under penalty of perjury, that the following is true and correct:

1

1. I am currently a sophomore at Grinnell College in Grinnell, Iowa, and have lived in the Midwest my entire life. I grew up on my family's farmland in Clarinda, Iowa with my brother Spencer, my mother Christy, and my father Seth.

2. Some of my earliest memories are on the farm. My mother was a special education teacher and returned to work soon after I was born. So, ever since I was a baby, my dad would bring me all over the farm with him while he did chores.

3. For as long as I can remember, my dad has been enthusiastic about regenerative and sustainable farming practices. Riding alongside him on the tractor or four-wheeler, I learned a lot over the course of my childhood. The way my father farmed—with so much care for the land and animals—really impacted me.

4. The numbers fluctuate, but before my dad retired from managing it, our farm was as large as 600 head of cattle on 2,500 acres of pasture, prairies, forests, and wetlands, as well as about 100 acres of crops. Now, we only care for our own land, which is around 400 acres of pasture, prairie, forest, and wetlands with 75 head of cattle and 50 sheep.

5. When I was old enough to explore the farm on my own, I could often be found in the wetlands. And I mean *in* them. In the summers, I loved wading in and sitting in the water. There were frogs and other little critters to search for in the shade of the trees, and being in there brought me a feeling of peace.

6. When I was younger, I did not understand that my family's farming practices were especially different from any of our neighbors'. But when I was about 9 years old, I was out on a friend's pond in the middle of a cornfield when I noticed that her pond looked different than the ones on our farm; it was murky, covered in algae, and had little to no wildlife around it.

7. A lot of other farmers in the area have not preserved diverse ecosystems like wetlands, prairies, and forests on their land. The West Nodaway River runs adjacent to our land. A few years ago, the people on the other side of the river tore out the tree line and planted crops all the way up to the riverbank.

8. Now, there are visible signs of erosion. The water is muddier on the far side and the course of the river is already changing. It's upsetting to see because I know the water quality is suffering, but also because all that corn ruins the view. In the winter, it's just bare dirt.

9. I have always adored being in and around the water. As a kid in Clarinda, I spent a lot of time hunting for rocks and little fish in the streams. As an adult, I do a lot of kayaking. Earlier this summer, I kayaked alongside my dad as he swam at Lake of Three Fires State Park near Bedford, Iowa.

10. I like kayaking, in part, because it lets me be on the water without having to get directly in it. I worry about water quality, especially in Iowa, because there is a lot of pollution. Iowa Environmental Council—another organization I support—does a weekly water testing advisory newsletter, so I often read about swimming hazards like algae and bacteria.

11. I am particularly wary of pollution because of health issues I have experienced. I was born premature with an abdominal wall defect and a neural tube defect that caused my parents to take me to specialists in Cincinnati, Ohio for regular treatment.

12. Though the birth defect I had is generally classified as rare, I know two other people who struggled with the same condition. Both of them grew up on farms as well. I am aware of at least one study that links abdominal wall defects to atrazine exposure. Atrazine is an

herbicide commonly used on crops like corn. I am also aware of studies that suggest both atrazine and nitrates, which are associated with livestock waste, can increase the risk of certain birth defects.

13. I know that Iowa has the fastest growing cancer rates in the country, and that Page County (where my family lives) has the fastest growing rates in all of Iowa. There are twenty households on my street and almost all of them have been impacted by cancer in recent years. One of my aunts died from ovarian cancer at just 63 years old after living on a farm for most of her life. My family always described her as a canary in the coal mine. We are surrounded by agricultural land, and I firmly believe agricultural pollutants are contributing to health harms in my community.

14. My family's farm is called Pinhook Farm, and we take pride in making our land a happy place to be a cow. It was also a happy place to grow up and continues to be a happy place to raise cows. I look forward to coming home and taking the kayak out on our little pond to look for beavers.

15. Even more so, I look forward to visiting the spot my dad has had enrolled in the U.S. Department of Agriculture's Natural Resources Conservation Service's (NRCS) Conservation Reserve Program for the past two decades. Those grasslands are stunning, teeming with vibrant wildflowers all throughout the spring and summer. People are sometimes confused about why we keep them out of production, but we value preserving this land for wildlife, including the birds, butterflies, and all other types of critters that flock there. There is an old deer blind we used to use as a treehouse where you can watch for wildlife.

4

Case 6:24-cv-02016-CJW-MAR    Document 23-10    Filed 10/02/24    Page 4 of 7

16. However, I worry that I will not always be able to enjoy my home because of environmental harms stemming from the unsustainable farming practices on nearby farmland—like seeding every acre with crops—that big agricultural corporations pretend are the only way to make a living as a farmer. As far as I know, the more regenerative practices my dad incorporated, the better our farm did financially. We have lower input costs and less stressed animals.

17. At Grinnell, I study environmental ethics. Between my coursework and my own life experiences, I know wetlands are important wildlife habitat. I also understand that wetlands help reduce erosion, capture excess nutrients, and generally serve as a buffer to keep pollutants out of public waterways.

18. Similarly, I am aware that not planting crops on erodible soils and other conservation practices currently incentivized by NRCS are beneficial to water quality, and therefore good for human health and wildlife.

19. I am worried by the possibility that NRCS might be forced to remove the financial incentives currently offered by Swampbuster, Sodbuster, or any other conservation program. I am concerned that if farmers in my area were to determine that preserving wetlands or highly erodible lands no longer made economic sense, the area would suffer from the impacts of increased erosion and decreased biodiversity.

20. I also have serious concerns that converting wetlands and highly erodible lands to cropland will lead to additional pollutant loading into the rivers, lakes, ponds, and streams I use for recreation. It worries me to think about what more pollution will mean for my own health and the health of my community.

5

Case 6:24-cv-02016-CJW-MAR    Document 23-10    Filed 10/02/24    Page 5 of 7

21. I fear that removing program ineligibility as a consequence for noncompliance with Swampbuster and other NRCS conservation programs will harm my and others' quality of life in Iowa. My dad and many of my neighbors have undertaken conservation projects thanks in large part to NRCS programming. Without NRCS's ability to make federal assistance contingent on conservation practices, I worry there would be fewer ponds built, fewer wetlands and prairie grasslands preserved, and more monocropping that degrades soil quality for generations to come.

22. It bothers me greatly to see how many fewer kids are living on farms these days than there were when I was a kid. I know grandparents who are still running their farms because no one wants their kids and grandkids taking over work in an unhealthy industry where it has become so difficult to make a living. As more and more people move their families to towns and cities, our rural schools are getting smaller and smaller. It has gotten to the point that many schools have had to consolidate. It makes me sad to think that the next generation might miss out on the childhood I got to enjoy.

23. I have seen what it looks like when farmers are out of compliance with conservation programs, and it is not good. Ponds fill with algae and start to look and smell polluted, and I worry that the pollution will make its way into the West Nodaway or another river where it may harm people downstream. When farmers aren't thinking about nature, they aren't thinking about people either. Due to the pollution that will worsen if NRCS can no longer condition its support on conservation practices, I am afraid my county and counties like mine will face rising numbers of cancers and birth defects.

24. Because of my concerns about pollution and the impacts of pollution on public health, I am a member of a number of environmental organizations, including a group called Poweshiek Cares that organizes against concentrated animal feeding operations.

25. Through Poweshiek Cares, I was introduced to and joined Food & Water Watch. I joined Food & Water Watch's email listserv and have taken actions in response to action alerts circulated by Food & Water Watch for the purpose of advocating against factory farms. I am a member of Food & Water Watch because I support the organization's advocacy work to protect food and water, and in turn, people's health and wellbeing. Food & Water Watch's advocacy aligns with my own values, and I support their work to safeguard clean water and disrupt corporate control of the U.S. food system.

26. I support FWW in this litigation specifically because NRCS conservation programs like Swampbuster and Sodbuster benefit me and my family and protect the waterways I depend and recreate on. I rely on the stick and carrot scheme of these programs to incentivize farmers to maintain a balanced and healthy environment in Iowa and across the Midwest where I will continue to live and recreate for the foreseeable future. Without financial incentives for conservation, I worry that upstream pollution will harm Pinhook Farm and the rural lifestyle I have come to love.

Dated: 10-1-2024    Name: *Tatum Watkins* (signature)

Tatum Watkins