# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>        Plaintiff,<br>  v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>        Defendants. | No. 24-CV-02016-CJW-MAR<br><br>**DECLARATION OF ELLE GADIENT** |

# DECLARATION OF ELLE GADIENT

1. My name is Elle Gadient. I have been a member of Iowa Farmers Union (IFU) since 2016. I am currently on the Board of IFU serving as the Beginning Farmer Representative. I joined IFU because they represent small and medium-sized farmers like me and my family, and because they actively support and speak up for policies that protect family farmers.

2. I make this declaration based on my personal knowledge.

3. I grew up on a farm in Dubuque County, Iowa along Whitewater Creek that flows into the Maquoketa River. I am actively involved in my family's farm and farm business; we have a diversified farm on which we raise outdoor pigs, cattle, corn and other crops.

4. I also currently farm about 20 miles northwest of there, on my husband's family's Century Farm—it's been in the family since around 1908—in Delaware County, east of Plum Creek. I do not personally know the Plaintiff in this lawsuit, who I understand is an entity called CTM Holdings, LLC. It is my understanding that the Plaintiff owns farmland upstream of us in Delaware County, at the corner of 217th Street and 1st Street in Delaware. If that location is correct, then our farm is about 12 miles southeast (and downstream) of the Plaintiff's land, in the same Plum Creek watershed.

5. I've lived in Iowa most of my life – including studying environmental science and business at Wartburg College. I had a short stint on an Australian fishing boat right after college and then a couple of years in Colorado. I recently moved back to Iowa (I was just married in June 2024) to start farming with my husband. I also have an off-farm job as a farmer advocate working on behalf of a network of U.S. family farmers and ranchers who raise livestock humanely and sustainably.

1

6. My husband and I currently grow about 90-100 acres of corn/soybean rotation, around 40 acres of alfalfa (hay), and we also have nearly 15 acres of permanent pasture. That 15 acres of pasture along with the hay ground is highly erodible land, and the continual ground cover helps reduce erosion, makes the ground more permeable to soak in water and slow the flow of water during heavy rains, mitigates flooding and provides other environmental benefits. We hope to graze our own cattle on the pasture eventually, but for now, my husband and I enjoy daily walks through the pasture and bale the grass for local sale.

7. Our farm is about a mile from Plum Creek. Our farm is directly impacted by excessive rains and flooding. Our fields are tile-drained, like many fields in the area I suspect, meaning that there is a system of subsurface pipes (or "tile drains") underneath them which pull moisture from the surface down into underground pipes. Our underground pipes drain to our neighbors' underground pipes, which eventually drain to Plum Creek. So, if there is a lot of rain such that Plum Creek is high or over-flowing, our tile system can't drain and our fields experience standing water. This can lead to delays in planting or harvesting, or even partial crop loss. This spring, we experienced standing water after the heavy rains just after planting. Yields were negatively impacted due to the standing water.

8. Flood control has always been a priority for me and my family, and I've personally seen the devastation floods create when even just a few inches of rain upstream rush off the land into the rivers. We have 15 acres of land in permanent pasture along with the ground in hay to do our part to mitigate erosion and flood control, and my parents implemented similar practices, including managing a flood-mitigating wetland and planting a prairie that also provide habitat and refuge for wildlife, on the farm I grew up on.

9. Floods have become an even more pressing issue in recent years. Since my parents started farming the land along Whitewater Creek in the 1990s, we faced a 100-year flood, a 500-year flood, and multiple other devastating flood events during which we lost livestock, equipment, and crops. And the filth that it leaves behind was devasting, disruptive, and hazardous to our livestock. When the excessive water from the flood eventually goes down, it leaves behind all the residue of whatever the water picked up outside the banks upstream. So any grit, debris, or eroded soil that was in the water will stay on top of the ground until you either clean it up yourself (which you can do with the larger pieces of debris) or the rain washes it away.

10. I love Iowa and its natural beauty. I studied environmental science here in Iowa in part so I could pursue my love for nature and the environment. As I mentioned, my husband and I enjoy daily walks through our permanent pastureland and hay fields, admiring the birds, bees and butterflies. There's an old cottonwood tree on the farm that was planted when the current house we live in was built around 1920 that is like the grandmother of the farm. The tree offers a preferred perch for eagles with leaves that whisper in the wind making the sound of the ocean. The tree appears wise and has stood the test of time.

11. We are also big fans of Dubuque County Conservation, often enjoying their well-maintained trails and parks, and regularly attending their hosted events.

12. Water quality is a huge problem in Iowa. With high cancer rates, water contamination, and a serious lack of well testing, we all need to do our part to do what we can to protect and clean up Iowa water including protecting wetlands.

13. My family benefits from federal crop insurance subsidies, and my husband and I also recently applied for a Direct Farm Ownership (participation) Loan through the USDA's

3

Case 6:24-cv-02016-CJW-MAR    Document 42-1    Filed 11/27/24    Page 4 of 6

Farm Service Agency. As a result, I am familiar with and compliant with USDA's conservation programs, including Swampbuster and Sodbuster. I believe strongly that in order to receive federal subsidies, farmers should be good stewards of the land. That includes – at minimum – complying with Swampbuster and Sodbuster requirements in order to be eligible for taxpayer subsidies. I also believe farmland should be owned and managed by farmers. Out-of-state investors purchasing farmland and renting it back to local farmers is artificially driving up the cost of farmland and reducing access for beginning farmers like me and my husband. As my husband and I are trying to buy the farm, land prices are inflated far above the amount of income a small to mid-size farm can generate on its own. I believe Iowa farmland and watersheds need to be protected for the future, for Iowans, for the environment, and for those downstream from us (i.e. the greater Mississippi River watershed that our local streams eventually drain into).

14. If the Plaintiff wins this lawsuit and fills his wetland, I am concerned that I, along with my neighbors, will be directly negatively impacted. Plaintiff's upstream lands will be less capable of holding water after the wetland destruction, and that excess water needs to go somewhere. Since our farm is downstream, we are likely to suffer the impacts of that excess water, including being unable to adequately drain our fields. I also fear for the protection of wetlands across Iowa, such as this one, that are tools for flood control, water quality improvement, and habitat for wildlife. Removing this protection would be a race to the bottom for watersheds and farmland across the beautiful state of Iowa.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/26/2024

*Elle Gadient* (signature)

Elle Gadient