IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>        Defendants.<br><br>IOWA FARMERS UNION, IOWA ENVIRONMENTAL COUNCIL, FOOD & WATER WATCH, and DAKOTA RURAL ACTION,<br><br>        Intervenors. | Case No. 24-CV-2016-CJW-MAR<br><br>**INTERVENORS' MOTION TO SEAL** |

Intervenors Iowa Farmers Union, Iowa Environmental Council, Food & Water Watch, and Dakota Rural Action (collectively, "Intervenors") respectfully request the Court to order docket entries 54-3 and 54-4, Volumes I and II, respectively, of Intervenors' Appendix in Support of Intervenors' Motion for Summary Judgment to be sealed from the public docket. In support of this motion, Intervenors state the following:

1

1. Intervenors filed an Appendix in Support of its Motion for Summary Judgment in four parts on January 27, 2025, along with other supporting documents.

2. Intervenors filed its motion and supporting documents with caution as advised by Local Rule 10(g).

3. Intervenors discovered personal data identifiers that were inadvertently not redacted (Int. App. 28, 29, 53-56, 70, 73, 75, 76, 79, 84, 85, 92, 93) and promptly prepared this motion and the attached properly redacted documents.

4. The attached documents do not alter or modify the original Appendix in any way besides redacting previously missed personal data identifiers.

Intervenors respectfully request ECF Nos. 54-3 and 54-4 to be sealed from the public docket and replaced with the attachments to this motion to prevent disclosure of identifier data.

Dated: January 29, 2025    Respectfully submitted,

*/s/ Joshua T. Mandelbaum*
Joshua T. Mandelbaum (AT0010151)
Kathleen Garvey, *admitted pro hac vice*
Environmental Law & Policy Center
505 5th Ave. Suite 333
Des Moines, IA 50309
jmandelbaum@elpc.org
kgarvey@elpc.org
(515) 244-0253
(312) 673-6500

*Attorneys for Intervenor Iowa Farmers Union*

*/s/ Michael R. Schmidt*
Michael R. Schmidt (AT0013962)
Iowa Environmental Council
505 5th Avenue, Suite 850
Des Moines, IA 50309
schmidt@iaenvironment.org
(515) 244-1194 x212

*Attorney for Intervenor Iowa Environmental Council*

*/s/ Dani Replogle*
Dani Replogle, *admitted pro hac vice*
Food & Water Watch
1616 P Street, NW Suite 300
Washington, D.C. 20036
dreplogle@fwwatch.org
(202) 683-4947

*Attorney for Intervenors Food & Water Watch and Dakota Rural Action*