IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CTM HOLDINGS, LLC, an Iowa limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as the Secretary of the United States Department of Agriculture; THE NATURAL RESOURCES CONSERVATION SERVICE; TERRY COSBY, in his official capacity as Chief of the Natural Resources Conservation Service; and JON HUBBERT, in his official capacity as Iowa State Conservationist,<br><br>Defendants,<br><br>IOWA FARMERS UNION, IOWA ENVIRONMENTAL COUNCIL, FOOD & WATER WATCH, and DAKOTA RURAL ACTION,<br><br>Intervenors. | Case No. 24-CV-02016-CJW-MAR<br><br><br>**INTERVENORS' APPENDIX IN SUPPORT OF SUMMARY JUDGMENT AND/OR DISMISSAL** |

## TABLE OF CONTENTS

### Volume I

**Description**                                                                 **Page**

Plaintiff's Amended Responses to Intervenors' First Interrogatories……………………………..1

Plaintiff's Response to Defendants' First Interrogatories…………………………………………2

Plaintiff's Amended Document Production in Response to Intervenors' First Request for Production (CTM Holdings 0001–04, 0033–37, 0047–62, 0075–76, 0082–0102)……………...22

Defendants' Initial Disclosures Production (USDA-000001–8)………………………………...70

## Volume II

Defendants' Initial Disclosures Production (USDA-000009–33, 000047–48, 000077–86)…….78

## Volume III

Defendants' Initial Disclosures Production USDA-000107–112, 000140–143)……………….116

Plaintiff's Complaint for Declaratory and Injunctive Relief (ECF No. 1)……………………..126

## Volume IV

Karina Atkins, *More Midwestern wetlands threatened as federal lawsuit targets farm programs*, CHICAGO TRIBUNE (Jan. 2, 2025, 5:00 AM), https://www.chicagotribune.com/2025/01/02/wetlands-swampbuster-farming-midwest/……….157

Megan Stubbs & Stephanie Rosch, *U.S. Farm Programs: Eligibility and Payment Limits*, CONGRESSIONAL RESEARCH SERVICE (Updated Dec. 7, 2020) (R46248 Version 6), https://crsreports.congress.gov/product/pdf/R/R46248/6………………………………………….166

Megan Stubbs, *Conservation Compliance and U.S. Farm Policy*, CONGRESSIONAL RESEARCH SERVICE (Updated Oct. 6, 2016) (R42459 Version 27), https://crsreports.congress.gov/product/pdf/R/R42459/27………………………………………….207

Megan Stubbs, *Agricultural Conservation: A Guide to Programs*, CONGRESSIONAL RESEARCH SERVICE (Updated July 28, 2022) (R40763 Version 45), https://crsreports.congress.gov/product/pdf/R/R40763………………………………………….228

Farm: 5822
Tract: 360
Geographic County: Delaware
Administrative County: Delaware
Customer: CTM Holdings LLC

# Wetland Determination



Map Creation Date: 1/23/2023

Location: T89N, R4W, Sec 32
5th Meridian



Image: 2021_Delaware

▲ Potential Jurisdictional Waters

Site_CWD

Wetland Label

☐ NW

Statewide Layers

☐ Iowa - Counties

☐ Iowa - Section Lines

☐ Iowa - Civil Townships

☐ Iowa - PLSS Townships

This certified wetland determination has been conducted for the purpose of implementing the wetland conservation provisions of the Food Security Act of 1985, as amended. No determination is made or implied in the unlabeled portions of the map. If land manipulations are planned in unlabeled areas which do not have previous determinations, a new determination should be requested.



Scale: 1:7,920

660    330    0    660

Feet

USDA is an equal opportunity provider, employer, and lender.

United States Department of Agriculture
Natural Resources Conservation Service

NRCS-CPA-026-WC
August 2020

## CERTIFIED WETLAND DETERMINATION

| 1. Name: | CTM Holdings LLC | 2. Location County: | Delaware |
|---|---|---|---|
| 3. Address: | ███████████████████ | 4. Admin. County: | Delaware |
| 5. Request Form: | AD-1026 | 6. Farm Number: | 5822 |
| 7. Request Date: | 10/14/2022 | 8. Tract Number: | 360 |

This certified wetland determination identifies areas subject to the wetland conservation provisions of the 1985 Food Security Act, as amended. See the attached **Definitions of Wetland Labels and Uses** for additional information and currently authorized activities under the Act.

| Field | Label | Occurrence year (CW+YEAR) | Acreage |
|---|---|---|---|
| 1 | NW | | 3.54 |
| 2 | NW | | 7.17 |
| 3 | NW | | 1.48 |
| 4 | NW | | 0.23 |
| 5 | NW | | 0.20 |

### 9. Remarks

Areas identified as Potential Jurisdictional Waters (PJW) are not subject to the Food Security Act but are potentially subject to the Clean Water Act. You should contact the U.S. Army Corps of Engineers local district office prior to performing work in areas which may be subject to the Clean Water Act. Areas identified as PJW are for informational purposes only and are not appealable to USDA. Additional areas, not identified by NRCS, might also be subject to the Clean Water Act.

I certify that the above determinations are sufficient for the purpose of making a determination of eligibility for program benefits and were conducted in accordance with policies and procedures contained in the National Food Security Act Manual.

| 10. Signature Designated Conservationist: | Date: |
|---|---|
| *[signature]* Russ Wolf - Wetland Specialist | 01/23/2023 |

| Definitions of Wetland Labels and Uses | | | |
|---|---|---|---|
| **Label/Name** | **Criteria for Determination** | **Authorized Uses** | **Authorized Maintenance** |
| **AW** (Artificial Wetland) | An area that was formerly a non-wetland area under natural conditions but now exhibits wetland characteristics because of the influence of human activities. These areas are exempt from the Food Security Act of 1985, as amended. This label includes irrigation induced wetlands. | No restrictions. | No restrictions. |
| **CPD** (Corps of Engineers (USACE) Permit with Mitigation) | A converted wetland authorized by a permit issued under Section 404 of the Clean Water Act by USACE. | Per USACE permit conditions. | Per USACE permit conditions |
| **CW** (Converted Wetland) | A wetland converted between December 23, 1985, and November 28, 1990. | Planting of agricultural commodities or additional manipulation will cause ineligibility. | Maintenance allowed to scope and effect of original manipulation. |
| **CW** (Wetland converted by county, drainage district, or similar entity) | Wetlands converted after December 23, 1985, by a county, drainage district, or similar entity and beyond a person's direct control, but not considered third party (TP). | Production of an agricultural commodity or forage for mechanical harvest or additional manipulation will cause ineligibility for USDA program benefits. | Maintenance allowed to original scope and effect of system before conversion. |
| **CW+Year** (Converted Wetland) | A wetland converted after November 28, 1990. "Year" indicates the year the wetland was converted, and ineligibility begins. | USDA program participant and their affiliated persons are ineligible for benefits (regardless of whether ag commodity planting occurred) until the wetland is restored or mitigated. Planting of agricultural commodities is also prohibited. | Not applicable |
| **CWTE** (Converted Wetland Technical Error) | An area converted after December 23, 1985, where the conversion or production of an agricultural commodity was a consequence of an incorrect NRCS determination. | May be used for production of agricultural commodities or forage provided no manipulation is done beyond what existed on the date of the CWTE determination. | May be maintained to the extent that existed on date of the CWTE determination. |
| **FWP** (Farmed Wetland Pasture and Hayland) | Manipulated and used for pasture or hay before December 23, 1985 and in most years, is inundated for at least 7 consecutive days or saturated for 14 days during the growing season. | Area may be farmed and maintained as existed before December 23, 1985, as long as area is not abandoned (cessation for five consecutive years of management or maintenance operations related to the use of a farmed wetland). | May be maintained to the extent that existed before December 23, 1985. |
| **FW** (Farmed Wetland) | A wetland that was manipulated and planted before December 23, 1985, but still meets inundation or saturation criteria, noted below. If the area is not a pothole, playa, or pocosin, it is inundated for at least 15 consecutive days during the growing season or 10 percent of the growing season, whichever is less, in most years. If the area is a pothole, playa, or pocosin: it is inundated for at least 7 consecutive days or saturated for at least 14 consecutive days during the growing season in most years. | Area may be farmed and maintained as existed before December 23, 1985, as long as area is not abandoned (cessation for five consecutive years of management or maintenance operations related to the use of a farmed wetland). | May be maintained to the extent that existed before December 23, 1985. |

INT App. 81                                                                USDA-000012
Case 6:24-cv-02016-CJW-MAR    Document 60-2    Filed 01/29/25    Page 6 of 40


**Definitions of Wetland Labels and Uses**

| Label/Name | Criteria for Determination | Authorized Uses | Authorized Maintenance |
|---|---|---|---|
| **MIW** (Mitigation Exemption) | A converted wetland, farmed wetland or farmed wetland pasture of which the acreage, functions and values lost have been compensated for through an NRCS- approved mitigation plan. | As stipulated in the mitigation plan/agreement. | As stipulated in the mitigation plan/agreement. |
| **MW** (Minimal Effect Exemption) | A converted wetland that is exempt from the wetland conservation provisions of the Food Security Act of 1985, as amended, based on an NRCS determination that the conversion has or will have a minimal effect on the wetlands in the area. | As stipulated in the minimal effect agreement, if applicable. | Only those activities stipulated in the minimal effect agreement, if applicable. |
| **MWM** (Mitigation Site) | The site of wetland restoration, enhancement, or creation serving as mitigation for a converted wetland receiving a mitigation exemption. | As stipulated in the mitigation plan/agreement. | As stipulated in the mitigation plan/agreement. |
| NW (Nonwetland) | An area that does not contain a wetland. | No restrictions. | No restrictions unless manipulation would convert adjacent wetlands. |
| **PC** (Prior Converted Cropland) | A wetland converted to cropland before December 23, 1985, and as of December 23, 1985, was capable of being cropped and did not meet farmed wetland inundation or saturation criteria. | No restrictions. | No restrictions unless manipulation would convert adjacent wetlands. |
| **TP** (Third Party Exemption) | A wetland converted after December 23, 1985, by a third party who is not associated with the participant, and the conversion is not a result of a scheme or device. | May be used for production of agricultural commodities or forage. | Further drainage improvement will cause ineligibility. |
| W (Wetland) | An area that meets the criteria for hydric soils, hydrophytic vegetation, and wetland hydrology. Site typically has not been manipulated by altering hydrology and/or removing woody vegetation, including stumps. These areas include FW and FWP that have been abandoned. | May be farmed under natural conditions without drainage or removal of woody vegetation. | Not applicable, as typically wetlands (W) are not manipulated. See NRCS for information if a W is used as a drainage outlet for another wetland. |
| WX (Wetlands that have been manipulated) | A wetland manipulated after December 23, 1985, but the manipulation was not for the purpose of making production possible and agricultural commodity crop production was not made possible. | Would cause ineligibility if production was later made possible. | No restrictions as long as production not made possible including on an adjacent wetland. |

## Non-Discrimination Statement

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.

INT App. 83

USDA-000014

Case 6:24-cv-02016-CJW-MAR    Document 60-2    Filed 01/29/25    Page 8 of 40

 **United States Department of Agriculture** | Farm Production and Conservation | Natural Resources Conservation Service | 210 Bierman Rd Epworth, IA 52045 (563) 876-3328 ext. 3

**CERTIFIED MAIL--RETURN RECEIPT REQUESTED**

1/23/2023

CTM Holdings LLC



Dear CTM Holdings LLC:

The Natural Resources Conservation Service (NRCS) has received your request for a <u>new</u> Certified Wetland Determination. This letter is to notify you that a Certified Wetland Determination has previously been completed for your Farm #4771, Tract #360, located in Delaware County, Iowa.

The previously Certified Wetland Determination was completed in accordance with the National Food Security Act Manual (NFSAM) Wetland Identification procedures Title 7, Part 12 and Title 7, Part 12, Sections 12.5(b) and 12.2 of the Code of Federal Regulations (CFR). A copy of the previously completed Certified Wetland Determination has been enclosed for your review. The Certified Wetland Determination was completed for the same area as your Current Wetland Determination request. Therefore, your current request for a wetland determination will not be completed by the NRCS.

If you agree with the enclosed Certified Wetland Determination, no further action is required on your part. The enclosed Certified Wetland Determination may be relied upon when making decisions involving current and future drainage projects. If additional information is needed, please contact your local NRCS office.

If you disagree with the enclosed Certified Wetland Determination, you may request a review of the determination if one of the following applies:

1) If a natural event has altered the topography or hydrology of the subject land to the extent that the final certification is no longer a reliable indication of site conditions, or
2) The NRCS concurs that an error exists in the current wetland determination.

A request for review of the enclosed Certified Wetland Determination must be in writing and include what natural event occurred that changed the hydrology or topography or what error exists in the current wetland determination. Failure to include this information will result in your request for a review being denied.

You have not been offered appeal rights as the appropriate time-period to request an appeal of the 4/16/2010 determination has expired.

If you feel that NRCS's decision to deny appeal rights is in error, you may request a review of this decision from the Director of the National Appeals Division (NAD). Your request must be in writing and state the reason that the decision to deny appeal rights is in error. You may contact the NAD Director at the following address:

Director

USDA is an equal opportunity provider, employer, and lender.

USDA, National Appeals Division
1320 Braddock Place, 4th Floor
Alexandria, VA 22314

You have 30 days <u>from receipt of this letter</u> in which to make an appeal to the NAD Director.

The 2014 Farm Bill connected producer eligibility for Federal crop insurance premium subsidy to compliance with the wetland conservation provisions. Eligibility for most USDA programs is lost for any wetland conversions that have occurred after December 23, 1985. However, only wetland conversions that occur after February 7, 2014, result in ineligibility for federal crop insurance premium subsidy.

This certified wetland determination has been conducted for the purpose of implementing the Wetland Conservation Provisions of the Food Security Act of 1985, as amended. This determination may not be valid for identifying the extent of Clean Water Act jurisdiction for this site. If you intend to conduct any activity that constitutes a discharge of dredged or fill material into wetlands or other waters, you should contact the U.S. Army Corps of Engineers district office prior to starting work.

In order to maintain your eligibility for USDA program benefits, contact your local NRCS office prior to performing any land altering activities (tiling, land clearing, ditching, drainage maintenance, filling, leveling, removal of woody vegetation, or dredging) in or adjacent to the identified Wetland (W), Farmed Wetland (FW), Farmed Wetland Pasture or Hayland (FWP), or Not Inventoried area(s).

If you need further assistance or have questions about this matter, please contact me at russ.wolf@usda.gov or by telephone at (563) 777-0454.

Sincerely,

Russ Wolf - Wetland Specialist


Enclosures:  NRCS-CPA-026E dated 4/16/2010 & Map

cc:      David Mack, District Conservationist, NRCS, Manchester, IA
         County Executive Director, FSA, Manchester, IA
         Cory Pfab, ████████████████

 **USDA** United States Department of Agriculture

**Natural Resources Conservation Service**

NRCS-CPA-026E
9/2000

## HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION DETERMINATION

| Name Address: | Dorthy Lucas | | Request Date: | 3/10/10 | County: | Delaware |
|---|---|---|---|---|---|---|
| Agency or Person Requesting Determination: | FSA | | Tract No: | 360 | FSA Farm No.: | 4771 |

### Section I - Highly Erodible Land

| | |
|---|---|
| Is a soil survey now available for making a highly erodible land determination? | Yes |
| Are there highly erodible soil map units on this farm? | No |

Fields in this section have undergone a determination of whether they are highly erodible land (HEL) or not; fields for which an HEL Determination has not been completed are not listed. In order to be eligible for USDA benefits, a person must be using an approved conservation system on all HEL.

| Field(s) | HEL(Y/N) | Sodbust(Y/N) | Acres | Determination Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The Highly Erodible Land determination was completed in the office .

### Section II - Wetlands

| | |
|---|---|
| Are there hydric soils on this farm? | Y |

Fields in this section have had wetland determinations completed. See the Definition of Wetland Label Codes for additional information regarding allowable activities under the wetland conservation provisions of the Food Security Act and/or when wetland determinations are necessary to determine USDA program eligibility.

| Field(s) | Wetland Label* | Occurrence Year (CW)** | Acres | Determination Date | Certification Date |
|---|---|---|---|---|---|
| 1 | NW | | .4 | 4/16/2010 | 5/17/2010 |
| 4 | NW | | 2.4 | 4/16/2010 | 5/17/2010 |
| 3 | NW | | 28.5 | 4/16/2010 | 5/17/2010 |
| 5 | NW | | 22.0 | 4/16/2010 | 5/17/2010 |
| Un1 | W | | 0.9 | 4/16/2010 | 5/17/2010 |
| Un2 | | | 0.6 | 4/16/2010 | 5/17/2010 |
| Un3 | | | 0.8 | 4/16/2010 | 5/17/2010 |
| Un4 | | | 4.8 | 4/16/2010 | 5/17/2010 |
| Un5 | | | 1.9 | 1/16/2010 | 5/17/2010 |

The wetland determination was completed in the . It was to the person on .

| Remarks: | Wetland determination completed for areas being considered for CRP. |
|---|---|

I certify that the above determinations are correct and were conducted in accordance with policies and procedures contained in the National Food Security Act Manual.

| Signature Designated Conservationist | Date |
|---|---|
| *Keith Krause* | 4-16-10 |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at 202-720-2600 (voice and TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326W, Whitten Building, 14th and Independence Avenue, SW, Washington, DC 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

USDA-000017

# Wetland Labels and Uses (revised 3/19/08)

Portions taken from National Food Security Act Manual, 4th edition Part 514.60

| Name & Label | Criteria for Determination | Authorized Uses | Authorized Maintenance | NFSAM Citation |
|---|---|---|---|---|
| (AW) Artificial Wetland | Created wetlands on areas that were previously non-wetland. | No restrictions. | No restrictions. | Part 514.12 |
| (CPD) COE Permit w/ Mitigation | Converted wetland is exempt because the activity is authorized by a COE permit and satisfies the mitigation requirements of the Act. | Per COE permit conditions. | Per COE permit conditions. | Part 515.10 |
| (CW) Converted Wetland | Converted after December 23, 1985 and prior to before November 28, 1990. | Production of agricultural commodities or additional manipulation will cause ineligibility. | Maintenance allowed to scope and effect of original manipulation. | Part 514.40 |
| (CW) Wetland Converted by county, drainage district, or similar entity. | Converted after December 23, 1985, by drainage district or other entity and beyond a person's direct control, but not considered third party (TP). | Production of agricultural commodities or forage for mechanical harvest or additional manipulation will cause ineligibility. | Maintenance allowed to original scope and effect of system before conversion. | Part 514.40 |
| (CW+year) Converted wetland | Converted after November 28, 1990. | Conversion causes ineligibility, regardless of whether production of agricultural commodity occurred. | Not applicable | Part 514.40 |
| (CWTE) Converted Wetland Technical Error | An area converted after December 23, 1985, where the conversion or production of an agricultural commodity was a consequence of an incorrect NRCS determination. | May be used for production of agricultural commodities or forage provided no manipulation is done beyond what existed as of the date of the CWTE determination. | May be maintained to the extent that existed on date of the CWTE determination. | Part 514.41 |
| (FW) Farmed Wetland | Manipulated and used for the production of an agricultural commodity as of December 23, 1985.<br><br>If the area is not a pothole, playa, or pocosin, it is inundated for at least 15 consecutive days during the growing season or 10 percent of the growing season, whichever is less, in most years.<br><br>If the area is a pothole, playa, or pocosin, it is inundated for at least 7 consecutive days or saturated for at least 14 consecutive days during the growing season in most years.<br><br>Not abandoned. | May be used for production of agricultural commodities or forage. | May be maintained to the extent that existed before December 23, 1985 if "as built" records exist.<br><br>May be maintained to the extent that existed on December 23, 1985, if no "as built" records exist. | Part 514.31 |
| (FWP) Farmed Wetland Pasture and Hayland | Manipulated and used for pasture or hay as of December 23, 1985.<br><br>Is inundated for at least 7 consecutive days or saturated for 14 days during the growing season.<br><br>Not abandoned. | May be used for production of agricultural commodities or forage. | May be maintained to the extent that existed before December 23, 1985, if "as built" records exist.<br><br>May be maintained to the extent that existed on December 23, 1985, if no "as built" records exist. | Part 514.32 |
| (MIW) Mitigation Exemption | Converted wetland is exempt because mitigation has occurred according to an NRCS-approved plan. Wetland where a mitigation exemption is granted (wetland to be manipulated). | As stipulated in the mitigation agreement. | As stipulated in the mitigation agreement. | Part 515.10 |
| (MW) Minimal Effect Exemption | Converted wetland where conversion is determined to have a minimal effect, individually and cumulatively, on the wetland functions in the watershed. | As stipulated in the minimal effect agreement, if applicable. | Only those activities stipulated in the minimal effect agreement, if applicable. | Part 515.0 |

USDA-000018

| Name & Label | Criteria for Determination | Authorized Uses | Authorized Maintenance | NFSAM Citation |
|---|---|---|---|---|
| **(MWM)** Mitigation Site | Site of wetland restoration, enhancement, or creation serving as mitigation for MIW site. | As stipulated in Mitigation Plan/Agreement. | As stipulated in Mitigation Plan/Agreement | Part 515.10 |
| **(NW)** Nonwetland | Does not meet wetland criteria.<br><br>Also includes wetlands converted before December 23, 1985, but a commodity crop was not produced and the area does not meet wetland criteria. The area has not been abandoned. | No restrictions. | No restrictions unless manipulation would convert Adjacent wetlands. | Part 514.20 |
| **(PC)** Prior Converted Cropland | Wetland converted to cropland before December 23, 1985, and as of December 23, 1985, was capable of being cropped and did not meet farmed wetland hydrology criteria. | No restrictions. | No restrictions unless manipulation would convert Adjacent wetlands. | Part 514.30 |
| **(TP)** Third Party Exemption | A wetland converted after December 23, 1985, by a third party who is not associated with the participant, and without the participant's collusion, fraud, scheme or device. A third party does not include predecessors in interest on the tract or drainage districts or other local government entities. | May be used for production of agricultural commodities or forage. | Further drainage improvement will cause ineligibility. | Part 514.42 |
| **(W)** Wetland | Meets wetland criteria.<br><br>Not converted after December 23, 1985.<br><br>Also, includes areas previously identified as FW or FWP, which have been abandoned. | May be farmed under natural conditions without removal of woody vegetation. | At level needed to maintain original system on FW, FWP, and PC. Must not convert Additional wetlands or exceed original scope and effect of drainage system. | Part 514.10 |
| **(WX)** Wetlands that have been manipulated | Wetlands that have been manipulated but not for the purpose of or making possible production of an agricultural commodity. | Would cause ineligibility if production was later made possible. | No restrictions as long as production not made possible including on an adjacent wetland. | Part 514.11 |

**Current Labels:** The above are the ONLY labels that are authorized for use when making a certified wetland determination in accordance with the National Food Security Act Manual, 4th edition.

## ADDITIONAL INFORMATION

**PAST LABELS: Previous editions of the National Food Security Act Manual contained labels that will not be used for certified determinations completed after the effective date of this manual (January 2008). These labels may be shown for previous determinations and maintained in the Customer Service Toolkit.**

**(CC)Commenced Conversion:** Conversion began before December 23, 1985, and was approved by FSA; conversion activity was completed by January 1, 1995. Authorized Uses: No restrictions provided activities were completed per conditions. Authorized Maintenance: As stipulated in the agreement.

**(CMW) Categorical Minimal Effect:** Activity or practice is conducted per the approved list identified in the Federal Register. Authorized Uses: Per conditions of the approved state specific list. Authorized Maintenance: Per conditions of the approved list.

**(CWNA) Converted Wetland for Nonagricultural Purposes:** Authorized Uses: Production of agricultural commodities will cause ineligibility. Authorized Maintenance: No restrictions.

**Easement site + label:** Area that has been created, restored, or enhanced under an agreement to allow conversion and cropping of another wetland. Authorized Uses: As specified in agreement. Authorized Maintenance: As specified in agreement.

~~(NI) Not Inventoried: Used when a wetland determination is not conducted. Authorized Uses:~~ Can determine only after a certified wetland determination is completed for the area labeled NI. Authorized Maintenance: Can determine only after a certified wetland determination is completed for the area labeled NI.

**(OW) other waters of the United States:** Areas that the COE have taken jurisdiction of under the Clean Water Act. Only use with COE decision/guidance. Authorized Uses: As per COE permit. Authorized Maintenance: As per COE permit.

**Obvious Wetlands (514.41C.):** CWTE does not apply to obvious wetlands. An obvious wetland is an area that is continuously inundated or saturated for long periods of time during the growing season to such an extent that access by foot to make a determination of predominance of hydric soils or prevalence of hydrophytic vegetation is not feasible. [7 CFR 12.6 (c)(8)] Additionally, wetland sites that are cropped or have had forage harvested by mechanical means less than 5 out of 10 years because of ponding, flooding, or saturation are obvious wetlands.

*Hand delivered and reviewed with Dorothy on 4/20/10. KK.*





0   262.5  525        1,050 Feet

1 inch equals 660 feet

N

Prepared by Delaware Co FSA

Date Printed: March 18, 2009

**Legend**

Field Boundary

**Wetland Determination**
**Wetland Determination Identifiers**
● Restricted Use
▽ Limited Restrictions
▣ Exempt from Conservation Compliance Provisions

Disclaimer: Wetland identifiers do not represent the size, shape or specific determination of the area. Refer to your
original determination (CPA-026 and attached maps) for exact wetland boundaries and determinations or contact NRCS.

| From: | Wolf, Russ - FPAC-NRCS, IA |
|-------|----------------------------|
| To: | Mcmichael, Julie - FPAC-NRCS, IA |
| Cc: | Thomas, Teresa - FPAC-NRCS, IA |
| Subject: | CTM Holdings Communication |
| Date: | Friday, April 19, 2024 10:57:23 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |

Here is the only other communication I have received on that property it was just a conversation back and forth about flagging the wetland areas and recommending a 1026 be filed for the NI areas.

Please let me know if there is anything more that I can assist with.

Thank you,

***Russ Wolf***
***Biologist – Wetland Specialist***
*USDA-NRCS*
*210 Bierman Rd*
*Epworth, IA 52045*
*563-876-3328 ext. 3*
*563-777-0454*

**From:** Mack, David - NRCS, Manchester, IA <david.mack@usda.gov>
**Sent:** Wednesday, October 12, 2022 10:08 AM
**To:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Subject:** RE: [External Email]FSA Farm #4771 Tract #360

Sounds good.  I'm thinking in the next few weeks.  Sounds like he is working on a 1026 now too fyi

**From:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Sent:** Wednesday, October 12, 2022 10:06 AM
**To:** Mack, David - NRCS, Manchester, IA <david.mack@usda.gov>
**Subject:** RE: [External Email]FSA Farm #4771 Tract #360

Sounds good Dave, when are you heading out there to flag that CRP? I can try to get the shapefile to you by then possibly if that works then there would only need to be one trip out there.

Thanks,

*Russ Wolf*
*Biologist – Wetland Specialist*
*USDA-NRCS*
*210 Bierman Rd*
*Epworth, IA 52045*
*563-876-3328 ext. 3*
*563-777-0454*

---

**From:** Mack, David - NRCS, Manchester, IA <david.mack@usda.gov>
**Sent:** Wednesday, October 12, 2022 10:05 AM
**To:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Subject:** RE: [External Email]FSA Farm #4771 Tract #360

Sounds good Russ. We are planning to flag the CRP for him. If we could get a shape file of the wetlands we could try flagging them too while out there.

---

**From:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Sent:** Wednesday, October 12, 2022 9:02 AM
**To:** Mack, David - NRCS, Manchester, IA <david.mack@usda.gov>
**Subject:** RE: [External Email]FSA Farm #4771 Tract #360

Hey Dave,

First off yes I would highly recommend that he fill out a 1026 for any not inventoried areas on the tract prior to clearing the trees. As for flagging the area out, I can try to do that but not sure how well the GPS equipment will work within the tree canopy as you know I am also not sure exactly when I will be able to get there and complete this. I am in training next week and have quite a few people ahead of him on the list of things to get completed. I will have to georeference the map you provided as this is before the shapefiles were saved within the computer.

Please let me know if there are any questions or concerns and I will try to get you an answer as soon as possible. Also if someone else decides to flag it out let me know so that I take it off my to-do list.

Thank you,

*Russ Wolf*
*Biologist – Wetland Specialist*
*USDA-NRCS*
*210 Bierman Rd*
*Epworth, IA 52045*
*563-876-3328 ext. 3*
*563-777-0454*

---

**From:** Mack, David - NRCS, Manchester, IA <david.mack@usda.gov>

USDA-000022

**Sent:** Tuesday, October 11, 2022 10:17 AM
**To:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Subject:** FW: [External Email]FSA Farm #4771 Tract #360

Good morning Russ! We had visited about this farm a few months ago and things are moving along. Would you be able to delineate/mark the wetlands on this piece please? I'm also planning on responding to Jim to let him know he should file a 1026 for the NI areas unless you think that's not necessary?

**From:** James F Conlan ███████████████
**Sent:** Friday, October 7, 2022 4:49 PM
**To:** Rahe, Katherine - FSA, Manchester, IA <kathy.rahe@usda.gov>
**Cc:** Mack, David - NRCS, Manchester, IA <david.mack@usda.gov>; Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>; Tobin Matt ████████████████████
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Hi Kathy. Cory Pfab is the tenant and will be assignee of the CRP contact -- receiving the payment shares in lieu of CTM Holdings LLC.

Sent from my iPhone

> On Oct 7, 2022, at 10:28 PM, Rahe, Katherine - FSA, Manchester, IA
> <kathy.rahe@usda.gov> wrote:

> Hi Jim,
> Thank you for notifying us of the change. I have retrieved a copy of the Warranty Deed conveying ownership from the Iowa Land Records website. I will initiate the process of updating ownership in our Farm Records database.
> I will need to initiate a CRP contract revision due to the change in ownership. When visiting the office earlier this summer we did have a brief discussion on this topic, you indicated you may have a tenant that you would want to also be on the CRP contract receiving the payment shares in lieu of CTM Holdings LLC. Please advise how you would like to proceed with that scenario. If you will be in the area we can schedule a time for you to visit the office to sign documents, or they may be completed via email or electronic signature.
> Both Dave and Dylan are out of the office today, and our offices will be closed on Monday October 10, 2022 in observance of Columbus Day, a Federal holiday. I would anticipate one or both of them responding to you next week regarding your request to mark the wetland and CRP areas.

Please let me know any questions you have.
Thank you!

**Kathy Rahe**
Key Program Technician
USDA – Farm Service Agency
Delaware County, Iowa
(563)927-4250
Fax (855)208-8590
[kathy.rahe@usda.gov](mailto:kathy.rahe@usda.gov)

*Stay Connected with USDA:*



*USDA is an equal opportunity provider, employer and lender.*

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

---

**From:** James F Conlan ███████████████
**Sent:** Friday, October 7, 2022 3:16 AM
**To:** Mack, David - NRCS, Manchester, IA <[david.mack@usda.gov](mailto:david.mack@usda.gov)>
**Cc:** Rahe, Katherine - FSA, Manchester, IA <[kathy.rahe@usda.gov](mailto:kathy.rahe@usda.gov)>; Salow, Dylan - FPAC-FSA, Manchester, IA <[Dylan.Salow@usda.gov](mailto:Dylan.Salow@usda.gov)>; Tobin Matt
███████████████
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Hi All. I did close on the purchase of the Lucas Farm on Sept 30, 2022. CTM Holdings, LLC is now the owner.

1. I do plan to remove the trees, but not the stumps, from the determined wetlands.

2. I will not disturb the crp in any way, including the tree crp.

3. I do plan to remove the trees
and the stumps from, and ready for farming, the land that is neither determined wetland nor crp.

I would be grateful if we could arrange to mark the determined wetlands area and the crp areas so the loggers stay off the crp and so we do not remove stumps from the determined wetlands.

Sent from my iPhone

On Aug 10, 2022, at 8:29 PM, Mack, David - NRCS, Manchester, IA <david.mack@usda.gov> wrote:

Hi Jim,
Thanks for keeping us in the loop regarding your plans for this property. I wanted to clarify the USDA Farm Bill Wetland provisions that you, Dylan, and I discussed during our visit in the office.
Normal logging/timber harvest without stump removal and new trees are planted or encouraged to grow is generally not considered a wetland violation. If you plan to clear the site and remove stumps after logging that could be considered making agricultural production possible which could/would result in a wetland violation.
The areas that have not had a wetland determination are considered "not inventoried" meaning a wetland deamination has not been completed on the areas. We encourage you to request a determination on these areas prior to any clearing, filling, draining activities.
I've attached a handout that covers USDA wetland information in more detail that I hope you find useful.
Dave

**From:** James F Conlan ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, August 9, 2022 5:17 AM
**To:** Rahe, Katherine - FSA, Manchester, IA <kathy.rahe@usda.gov>
**Cc:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>; Mack, David - NRCS, Manchester, IA <david.mack@usda.gov>
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Kathy, thank you. I should have been clear that I do not intend to log trees off CRP. While I knew Field 11 was CRP, i did not know it was tree planting crp. I will make sure the loggers have clear markers to avoid CRP areas of all kinds.

I intend to log all the trees off the areas that are not CRP. I also intend to log all the trees off areas that are determined wetlands and areas that have not been determined to be wetlands (and are not CRP).

As I read the statutes, logging trees off wetland is not a wetland violation, and there is no requirement to seek additional wetland determination before removing trees from non crp land that has not been determined a

wetland.   If i'm missing something in the statutes, and the rules interpreting them, please let me know.

Kathy, I appreciate your knowledge and help.

Sent from my iPhone

On Aug 3, 2022, at 11:19 AM, Rahe, Katherine - FSA, Manchester, IA <kathy.rahe@usda.gov> wrote:

Good Morning Jim,
Glad we could help!
I have attached the tract map for reference.  Field number 11 is part of the CRP contract and is a tree planting practice, so the trees within that field do need to remain through the end of the CRP contract (scheduled to expire 09-30-2024).  I could not recall if we had specifically discussed that field the day you were in the office.
To my knowledge, the current owners have not submitted any additional request for wetland determinations on the farm.  At this time, any logging or widespread tree removal could potentially create a wetland violation situation.  A wetland violation would jeopardize all financial benefits associated to the farm, including those of any tenants associated to the farm, and possibly their other farming interests.  Not sure the extent of what you are referencing below, but please keep in mind once a wetland determination request is filed, it may take a few months to receive the determination back.
Let me know if you have additional questions.
Thanks for checking in!

**Kathy Rahe**
Key Program Technician
USDA – Farm Service Agency
Delaware County, Iowa
(563)927-4250
Fax (855)208-8590
kathy.rahe@usda.gov

*Stay Connected with USDA:*



*USDA is an equal opportunity provider, employer and lender.*

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

---

**From:** James F Conlan ███████████████
**Sent:** Wednesday, August 3, 2022 5:45 AM
**To:** Salow, Dylan - FPAC-FSA, Manchester, IA
<[Dylan.Salow@usda.gov](mailto:Dylan.Salow@usda.gov)>
**Cc:** Rahe, Katherine - FSA, Manchester, IA
<[kathy.rahe@usda.gov](mailto:kathy.rahe@usda.gov)>
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Thanks again for taking the time to talk about the farm next to the town of Delaware -- very helpful.

As a heads up, in the Autumn, I intend to have the trees logged off the farm - they are mostly soft maple (not very valuable wood and mostly used for pallets). There are, of course, no trees on the crp acres.

Sent from my iPhone

> On Jul 19, 2022, at 8:18 AM, Salow, Dylan -
> FPAC-FSA, Manchester, IA
> <[Dylan.Salow@usda.gov](mailto:Dylan.Salow@usda.gov)> wrote:

Jim,

Just following up with you before stopping in tomorrow. In order to view/discuss information relating to the Lucasland property, we will need you to provide a signed purchase agreement or have a written statement from the owner that it is ok to discuss this information pertaining to property owned by them in Delaware County. You can bring this with tomorrow or send me an email with the attached information. Let me know if you have any further questions.

Thanks

**Dylan Salow**
Program Technician
USDA – Iowa – Delaware County Farm Service Agency
200 S 12th St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
[dylan.salow@usda.gov](mailto:dylan.salow@usda.gov)

**Stay Connected with USDA:**





*USDA is an equal opportunity provider, employer, and lende*

---

**From:** James F Conlan

<span style="background:black;color:black">████████████</span>

**Sent:** Monday, July 18, 2022 8:34 AM
**To:** Nickol, Heidi - FSA, Urbandale, IA <[heidi.nickol@usda.gov](mailto:heidi.nickol@usda.gov)>
**Cc:** Portz, Joseph - FSA, Epworth, IA <[joseph.portz@usda.gov](mailto:joseph.portz@usda.gov)>; Rahe, Katherine - FSA, Manchester, IA <[kathy.rahe@usda.gov](mailto:kathy.rahe@usda.gov)>; Salow, Dylan - FPAC-FSA, Manchester, IA <[Dylan.Salow@usda.gov](mailto:Dylan.Salow@usda.gov)>
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Thanks very much, Heidi. Hi Joseph, Katherine, and Dylan. I'm in Eastern Iowa this Wednesday afternoon and Thursday if that is a convenient time to meet.

Sent from my iPhone

> On Jul 18, 2022, at 9:28 AM, Nickol, Heidi - FSA, Urbandale, IA <[heidi.nickol@usda.gov](mailto:heidi.nickol@usda.gov)> wrote:
>
> Hi Jim,
>
> I took a new position with FSA and am no longer the CED in Delaware County. I have CC'd the Acting CED and two employees at the Delaware office on this email to assist you as your questions cross a few different areas of program

eligibility.  I am certain they can answer your questions.  Have a great day!


Heidi J Nickol
Agricultural Program Specialist
Iowa State Office - Farm Service
Agency
United States Department of
Agriculture
10500 Buena Vista Ct
Des Moines, IA 50322-3782

Stay Connected with USDA:

*USDA is an equal opportunity provider, employer, and lender.*

---

**From:** James F Conlan

███████████████████████

**Sent:** Saturday, July 16, 2022
10:18 PM
**To:** Nickol, Heidi - FSA, Urbandale,
IA <heidi.nickol@usda.gov>
**Subject:** [External Email]FSA Farm
#4771 Tract #360 Lucas

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic;
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to:
Spam.Abuse@usda.gov

Hi Heidi.  I look forward to meeting you and talking about the following.

I recently signed an agreement to purchase the above referenced farm.   We close on or before

October 1, 2022.

10.4 acres of the farm are enrolled in the CRP, expiring after the 2024 crop year. 9 acres of the farm appear to have been designated wetlands in 2010, but not the 10.4 acres that were thereafter enrolled in the CRP. The wetland designation forms and maps from 2010 are attached.

I would like your help with the process of seeking a determination (a redetermination) that some or all of the 9 acres are not wetlands. Before any such redetermination, I would also be grateful for any guidance you may provide on the removal of trees from the farm. Specifically, there are 21 acres of trees on the farm and I would also like to know if anything from FSA is necessary for me to:

1. remove the 11/12 acres of trees from the farm that are not on the 10.4 acres of CRP and are not on the 9 acres currently designated as wetlands; and

2. remove trees that are part of the currently designated 9 acres of wetlands.

Heidi, my review of the applicable law, rules, and regulations leads me to the following conclusions:

a. without losing eligibility to participate in USDA programs, I may remove the trees on the 11/12 acres that are not currently

designated wetlands and are not in the CRP, and I may farm those 11/12 acres;  and

b.  without losing eligibility to participate in USDA programs, I may remove the trees on the 9 acres of designated wetlands provided I do not thereafter use the 9 acres for crops (ie the trees are not removed for the purpose, or to have the effect, of making the production of an agricultural commodity possible ... on the currently designated wetlands). US Code of Federal Regulations; Title 7 – Agriculture; Subtitle A – Office of the Secretary of Agriculture; Part 12 – Highly Erodible Land and Wetland Compliance; Subpart A – General Provisions; Section 12.4 (b) & (c).

Again, I look forward to discussing the above with you and wanted to provide you some context for our discussion.   My contact details follow:

Jim Conlan

███████████████████

Mobile ███████████

Through two legal entities (B&C, LLC and CTM Holdings LLC), I own and lease to farmers land in Delaware, Linn, Jackson, and Dubuque counties.  I grew up in Bernard, Iowa, went to Wahlert High School and the University of Iowa.

Thanks very much for your time.

Sent from my iPhone

This electronic message contains
information generated by the
USDA solely for the intended
recipients. Any unauthorized
interception of this message or
the use or disclosure of the
information it contains may
violate the law and subject the
violator to civil or criminal
penalties. If you believe you have
received this message in error,
please notify the sender and
delete the email immediately.

| CRP-1 (07-06-20) | U.S. DEPARTMENT OF AGRICULTURE Commodity Credit Corporation | 1. ST. & CO. CODE & ADMIN. LOCATION 19 055 | 2. SIGN-UP NUMBER 38 |
|---|---|---|---|

**CONSERVATION RESERVE PROGRAM CONTRACT**

| 3. CONTRACT NUMBER 2109B | 4. ACRES FOR ENROLLMENT 10.55 |
|---|---|

| 5A. COUNTY FSA OFFICE ADDRESS *(Include Zip Code)*<br>DELAWARE COUNTY FARM SERVICE AGENCY<br>200 SOUTH 12TH ST<br>MANCHESTER, IA52057-2306 | 6. TRACT NUMBER 360 | 7. CONTRACT PERIOD |
|---|---|---|

| | | FROM: (MM-DD-YYYY) 05-01-2010 | TO: (MM-DD-YYYY) 09-30-2024 |
|---|---|---|---|

| | 8. SIGNUP TYPE: Continuous |
|---|---|

| 5B. COUNTY FSA OFFICE PHONE NUMBER *(Include Area Code)* (563) 927-4250 |
|---|

THIS CONTRACT is entered into between the Commodity Credit Corporation (referred to as "CCC") and the undersigned owners, operators, or tenants (referred to as "the Participant".) The Participant agrees to place the designated acreage into the Conservation Reserve Program ("CRP") or other use set by CCC for the stipulated contract period from the date the Contract is executed by the CCC. The Participant also agrees to implement on such designated acreage the Conservation Plan developed for such acreage and approved by the CCC and the Participant. Additionally, the Participant and CCC agree to comply with the terms and conditions contained in this Contract, including the Appendix to this Contract, entitled Appendix to CRP-1, Conservation Reserve Program Contract (referred to as "Appendix"). By signing below, the Participant acknowledges receipt of a copy of the Appendix/Appendices for the applicable contract period. The terms and conditions of this contract are contained in this Form CRP-1 and in the CRP-1 Appendix and any addendum thereto. BY SIGNING THIS CONTRACT PARTICIPANTS ACKNOWLEDGE RECEIPT OF THE FOLLOWING FORMS: CRP-1; CRP-1 Appendix and any addendum thereto; and, CRP-2, CRP-2C, CRP-2G, or CRP-2C30, as applicable.

| 9A. Rental Rate Per Acre | $ 265.68 | 10. Identification of CRP Land *(See Page 2 for additional space)* | | | | |
|---|---|---|---|---|---|---|
| 9B. Annual Contract Payment | $ 2,803.00 | A. Tract No. | B. Field No. | C. Practice No. | D. Acres | E. Total Estimated Cost-Share |
| 9C. First Year Payment | $ | 360 | 6 | CP21 | 1.19 | $ 134.00 |
| *(Item 9C is applicable only when the first year payment is prorated.)* | | 360 | 7 | CP21 | 2.52 | $ 285.00 |
| | | 360 | 8 | CP21 | 1.72 | $ 194.00 |

## 11. PARTICIPANTS *(If more than three individuals are signing, see Page 3.)*

| A(1) PARTICIPANT'S NAME AND ADDRESS *(Include Zip Code)*<br>CORY J PFAB | (2) SHARE 100.00 % | (3) SIGNATURE (By) e-Signed by Cory Pfab For, if applicable: On 10-11-22 | (4) TITLE/RELATIONSHIP OF THE INDIVIDUAL SIGNING IN THE REPRESENTATIVE CAPACITY | (5) DATE (MM-DD-YYYY) 10-11-22 |
|---|---|---|---|---|
| B(1) PARTICIPANT'S NAME AND ADDRESS *(Include Zip Code)*<br>CTM HOLDINGS LLC | (2) SHARE 0.00 % | (3) SIGNATURE (By) e-Signed by James Conlan For, if applicable: On 10-13-22 | (4) TITLE/RELATIONSHIP OF THE INDIVIDUAL SIGNING IN THE REPRESENTATIVE CAPACITY Manager | (5) DATE (MM-DD-YYYY) 10-13-22 |
| C(1) PARTICIPANT'S NAME AND ADDRESS *(Include Zip Code)* | (2) SHARE % | (3) SIGNATURE (By) | (4) TITLE/RELATIONSHIP OF THE INDIVIDUAL SIGNING IN THE REPRESENTATIVE CAPACITY | (5) DATE (MM-DD-YYYY) |

| 12. CCC USE ONLY | A. SIGNATURE OF CCC REPRESENTATIVE  acting CED | B. DATE (MM-DD-YYYY) 10-19-2022 |
|---|---|---|

NOTE: The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a - as amended). The authority for requesting the information identified on this form is the Commodity Credit Corporation Charter Act (15 U.S.C. 714 et seq.), the Food Security Act of 1985 (16 U.S.C. 3801 et seq.), the Agricultural Act of 2014 (16 U.S.C. 3831 et seq), the Agricultural Improvement Act of 2018 (Pub. L. 115-334) and 7 CFR Part 1410. The information will be used to determine eligibility to participate in and receive benefits under the Conservation Reserve Program. The information collected on this form may be disclosed to other Federal, State, Local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in applicable Routine Uses identified in the System of Records Notice for USDA/FSA-2, Farm Records File (Automated). Providing the requested information is voluntary. However, failure to furnish the requested information will result in a determination of ineligibility to participate in and receive benefits under the Conservation Reserve Program.

Paperwork Reduction Act (PRA) Statement: The information collection is exempted from PRA as specified in 16 U.S.C. 3846(b)(1). The provisions of appropriate criminal and civil fraud, privacy, and other statutes may be applicable to the information provided. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

Date Printed: 10/11/2022

Case 6:24-cv-02016-CJW-MAR   Document 103   Filed 01/29/25   Page 28 of 40   USDA-000047

**CONTINUATION OF ITEM 10 – Identification of CRP Land**

| A. Tract No. | B. Field No. | C. Practice No. | D. Acres | E. Total Estimated C/S |
|---|---|---|---|---|
| 360 | 9 | CP21 | 1.34 | $ 151.00 |
| 360 | 10 | CP21 | 1.24 | $ 140.00 |
| 360 | 11 | CP22 | 2.54 | $ 953.00 |

C.P. J.C.

Date Printed: 10/11/2022

*Added to word.*
*Struggled to print from*
*email in 'memo format'*

**Dylan Salow**
Program Technician
USDA – Iowa – Delaware County Farm Service Agency
200 S 12th St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
dylan.salow@usda.gov

Stay Connected with USDA:

    

*USDA is an equal opportunity provider, employer, and lender*

**From:** James F Conlan
**Sent:** Monday, November 7, 2022 12:30 PM
**To:** James F Conlan
**Cc:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Dylan, Larry Boeckenstedt confirmed with Russ Wolf from your office that there is no problem removing trees from designated wetland "provided" the stump is not removed. The stumps will not be removed from the designated wetland.

Sent from my iPhone

On Nov 7, 2022, at 1:21 PM, James F Conlan                          wrote:

Dylan, i agree stump clearing is an issue but not harvesting the from the stump up. Below you say Tree & Stump clearing. I think the regs say that only stump removal -- not removal of the stump up.

Do you disagree? The tree broker also checked with the FSA office.

Sent from my iPhone

On Nov 7, 2022, at 12:19 PM, Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov> wrote:

Jim,

Any tree & stump clearing on undetermined areas is considered making the production of an agricultural commodity more possible, even if it will not be brought into production right away. See attached appendix.

I guess I was referring to your email from October 12th that said you planned to do that on areas outside the wetlands and CRP tree planting (scroll down below).

Once again we would advise to get it done so you know what you are able to do with the property within our programs without putting you and your tenant in possible eligibility violation status down the road.

Let me know if you have any further questions.

**Dylan Salow**
Program Technician
USDA – Iowa – Delaware County Farm Service Agency
200 S 12th St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
dylan.salow@usda.gov

Stay Connected with USDA:

*USDA is an equal opportunity provider, employer, and lende*

**From:** James F Conlan ██████████████████
**Sent:** Monday, November 7, 2022 10:44 AM
**To:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Dylan, thanks. My understanding is that i do not need a further wetland determination until i seek to remove stumps from determined wetland or until I intend to bring into production land that has been cleared.

Sent from my iPhone

On Nov 7, 2022, at 10:55 AM, Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov> wrote:

Thanks for the heads up Jim. I did send the AD-1026 form that you filled out earlier to NRCS for a determination back on October 13th. It does take a little time to get these back as they work on them in the order they are received. I believe there are a few others in front of this one. Would you like a call if our wetland specialist plans to visit the farm to help make the determination? Right now we are in the waiting phase.

Thanks

**Dylan Salow**
Program Technician

**Salow, Dylan - FPAC-FSA, IA**

| | |
|---|---|
| **From:** | Salow, Dylan - FPAC-FSA, Manchester, IA |
| **Sent:** | Thursday, October 13, 2022 8:33 AM |
| **To:** | Wolf, Russ - NRCS, Epworth, IA |
| **Subject:** | RE: Wetland Map |

That sounds good Russ. I think NRCS is going to go out and do some flagging anyway. Thanks for your help.

## Dylan Salow
Program Technician
USDA – Iowa – Delaware County Farm Service Agency
200 S 12ᵗʰ St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
dylan.salow@usda.gov

Stay Connected with USDA:



*USDA is an equal opportunity provider, employer, and lende*

**From:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Sent:** Thursday, October 13, 2022 8:30 AM
**To:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>
**Subject:** RE: Wetland Map

Good Morning Dylan,

When it comes to the wetland determination request I would just include all fields that have even part of them as not determined or that have any remaining acres (fields 12, 13, & 15). When I do the request I will have to digitize the old determination and then cut that area out of the requested area and provide another form that says these areas are already determined and these areas are not determined basically. It really isn't that much extra work for me to do and I will have to do most of that anyway. To make it easy on yourself I would just list the whole fields that need it and let me deal with cutting out the areas that have a previous determination on them.

As for the HEL request and how to draw those fields, that is another question and I am not sure how to answer that one for you. From a Food Security Act standpoint we are just to do the fields that you draw. I believe that you are supposed to cut the creek out but sometimes creeks move and cut into the fields that have been drawn so I am not as worried about that here if you overlap the creek some, it may be more of an issue with crop reporting that I am not sure how to answer that part. Technically for FSA fields are split by water courses that are permanent and not easily crossable so I would try to split it out the best you can but it is ultimately up to you how you want to draw them.

Might be a case where you could talk with NRCS over there and see if when they go out to flag the crp if they would have time to gps the creek not sure if they would be able to do that but might be worth asking.

Thank you,

*Russ Wolf*

1

*Biologist – Wetland Specialist*
*USDA-NRCS*
*210 Bierman Rd*
*Epworth, IA 52045*
*563-876-3328 ext. 3*
*563-777-0454*

**From:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>
**Sent:** Thursday, October 13, 2022 8:06 AM
**To:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Subject:** RE: Wetland Map

Good Morning Russ,

Back to this farm we were talking about yesterday. I got a 1026 signed by the owner. Just wondering how I should proceed with this.
He basically is needing a wetland determination on the remaining acres that don't have one (field #'s 12, 13, and 15). The East part of #15 does have a determination I believe.
He is needing an HEL determination on those same spots also.

Within #15 there is a creek area that is fairly hard to see with our imagery in MIDAS where we do our editing. I attached a screenshot of the imagery from Beacon which outlines the creek a little better since the imagery was from the Spring vs ours last Fall with the tree cover.
Do you want me to split out the creek as best as I can or does it not need to be done? If I remember right I think it does.

Thanks for your help.

## Dylan Salow
Program Technician
USDA – Iowa – Delaware County Farm Service Agency
200 S 12th St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
dylan.salow@usda.gov

Stay Connected with USDA:

     

*USDA is an equal opportunity provider, employer, and lende*

**From:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Sent:** Wednesday, October 12, 2022 10:21 AM
**To:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>
**Subject:** RE: Wetland Map

Hey Dylan,

I will see what I can do, I heard this one would be coming, the issue is right now they switched our program and I am in the process of trying to figure out how to do that in the new software but once I get it figured out I will get this map for

2

you. The new software like any that comes out has some bugs so give me sometime as I may need to work through the bugs as well and wait for the software developers to fix issues.

Thank you,

*Russ Wolf*
*Biologist – Wetland Specialist*
*USDA-NRCS*
*210 Bierman Rd*
*Epworth, IA 52045*
*563-876-3328 ext. 3*
*563-777-0454*

**From:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>
**Sent:** Wednesday, October 12, 2022 10:15 AM
**To:** Wolf, Russ - NRCS, Epworth, IA <russ.wolf@usda.gov>
**Subject:** Wetland Map

Hey Russ,

Wondering if we could get an updated map with the wetland layer on Farm #4771 T#360 like we did the other week? Sounds like there will be an additional 1026 coming for this property too. So, maybe you want to wait until then? The gentleman that bought the property plans on doing work yet this year but wanted an updated map on the determined areas that he could coincide with the CRP. Let me know what you think.

Thanks!

## Dylan Salow
Program Technician
USDA – Iowa – Delaware County Farm Service Agency
200 S 12th St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
dylan.salow@usda.gov

Stay Connected with USDA:

    

*USDA is an equal opportunity provider, employer, and lende*

3

USDA – Iowa – Delaware County Farm Service Agency
200 S 12th St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
dylan.salow@usda.gov

Stay Connected with USDA:

*USDA is an equal opportunity provider, employer, and lende*

**From:** James F Conlan ██████████████████
**Sent:** Saturday, November 5, 2022 11:57 AM
**To:** James F Conlan ██████████████
**Cc:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Dylan, I also appreciate that before stumps are removed from non wetland, I will need a determination from you as part of the sod buster prohibitions that there are no new additional wetlands.

I'm pretty sure I understand all the prohibitions and regulations. I definitely understand where the CRP is and where the existing wetlands are.

Sent from my iPhone

On Nov 4, 2022, at 6:22 PM, James F Conlan ████████████████████ wrote:

Hi Dylan. Tree harvesting company will remove everything but the stumps from the trees on the wetland. CRP will not be touched.

Eventually, i will cause the stumps to be removed from the non wetland.

Once the CRP has expired, I will remove the trees from the CRP.

Just wanted to give you a heads up

Sent from my iPhone

On Oct 12, 2022, at 11:05 AM, James F Conlan ████████████████ wrote:

Dylan, my graphics ability is poor (at best). Do you have the ability to lay the map that shows the existing wetland determined areas (1-5) over the map that shows the CRP areas? I can take a shot at it but it will be crude.

Sent from my iPhone

USDA-000083

On Oct 12, 2022, at 9:42 AM, James F Conlan ▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Dylan, thank you.  I would be grateful if you could pre fill and send to me.

My intention is to:

- not touch the CRP

- remove the tree (but not the stumps) from existing determined wetland (ie no dirt disturbance).

- remove the trees and stumps from the balance of the land that has trees on it and ready it for farming.  I don't intend to tile, or otherwise alter the hydrology.

Sent from my iPhone

On Oct 12, 2022, at 9:14 AM, Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov> wrote:

Hi Jim,

Thanks for touching base with us. Looking back through the file it looks like certain areas have erodibility determinations (NHEL, HEL) done (highlighted). Some areas do not. If anything that is not highlighted on the attached map will be cropped, we will need to get those determined. Please indicate that if you know at this time and mark the boundaries on the map if possible. For this we will check "yes" in 6A.

As far as the additional wetland determinations on areas not determined already, we will have to get that done if there are any new activities related to land leveling, clearing, filling, dredging, or excavation. You will see that outlined in our ==AD-1026 Highly Erodible Land Conservation and Wetland Conservation Certification form Part B==. Since you are planning on taking the trees and stumps out on the undetermined areas this will initiate us to have you file this form and check "yes" in 7A. We will check "no" for the remaining 7B and 7C.

I can prefill this form out for you and send it for electronic signature if that works for you. If you would rather send it by email that is fine also, just let me know. The only other thing I would like to have is a map marked with areas that are going to be cropped in the future so we know where to do the HEL/NHEL determinations.

**Dylan Salow**
Program Technician
USDA – Iowa – Delaware County Farm Service Agency
200 S 12th St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
dylan.salow@usda.gov

| From: | Salow, Dylan - FPAC-FSA, Manchester, IA |
|---|---|
| Sent: | Wednesday, October 12, 2022 10:40 AM |
| To: | James F Conlan |
| Subject: | RE: [External Email]FSA Farm #4771 Tract #360  Lucas |

Jim, I will see what I can do. I contacted our wetland specialist to see if he can make a map overlay too. I think its do-able but not sure how soon we will get it. I will let you know.
I did send the 1026 for e-signing just a couple minutes ago. If you don't receive it by this afternoon let me know. I used this email and phone number ending in 7572.

## Dylan Salow
Program Technician
USDA – Iowa – Delaware County Farm Service Agency
200 S 12th St
Manchester, IA 52057
Phone (563) 927-4250
Fax (855) 208-8590
dylan.salow@usda.gov

Stay Connected with USDA:

    

*USDA is an equal opportunity provider, employer, and lende*

**From:** James F Conlan
**Sent:** Wednesday, October 12, 2022 10:06 AM
**To:** James F Conlan
**Cc:** Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov>
**Subject:** Re: [External Email]FSA Farm #4771 Tract #360 Lucas

Dylan, my graphics ability is poor (at best).  Do you have the ability to lay the map that shows the existing wetland determined areas (1-5) over the map that shows the CRP areas?   I can take a shot at it but it will be crude.

Sent from my iPhone

> On Oct 12, 2022, at 9:42 AM, James F Conlan                          wrote:
>
> Dylan, thank you.  I would be grateful if you could pre fill and send to me.
>
> My intention is to:
>
> - not touch the CRP
>
> - remove the tree (but not the stumps) from existing determined wetland (ie no dirt disturbance).

1

- remove the trees and stumps from the balance of the land that has trees on it and ready it for farming. I don't intend to tile, or otherwise alter the hydrology.

Sent from my iPhone

> On Oct 12, 2022, at 9:14 AM, Salow, Dylan - FPAC-FSA, Manchester, IA <Dylan.Salow@usda.gov> wrote:
>
> Hi Jim,
>
> Thanks for touching base with us. Looking back through the file it looks like certain areas have erodibility determinations (NHEL, HEL) done (highlighted). Some areas do not. If anything that is not highlighted on the attached map will be cropped, we will need to get those determined. Please indicate that if you know at this time and mark the boundaries on the map if possible. For this we will check "yes" in 6A.
>
> As far as the additional wetland determinations on areas not determined already, we will have to get that done if there are any new activities related to land leveling, clearing, filling, dredging, or excavation. You will see that outlined in our ==AD-1026 Highly Erodible Land Conservation and Wetland Conservation Certification form Part B==. Since you are planning on taking the trees and stumps out on the undetermined areas this will initiate us to have you file this form and check "yes" in 7A. We will check "no" for the remaining 7B and 7C.
>
> I can prefill this form out for you and send it for electronic signature if that works for you. If you would rather send it by email that is fine also, just let me know. The only other thing I would like to have is a map marked with areas that are going to be cropped in the future so we know where to do the HEL/NHEL determinations.
>
>
> **Dylan Salow**
> Program Technician
> USDA – Iowa – Delaware County Farm Service Agency
> 200 S 12th St
> Manchester, IA 52057
> Phone (563) 927-4250
> Fax (855) 208-8590
> dylan.salow@usda.gov
>
> Stay Connected with USDA:





USDA-000086



 United States
Department of
Agriculture

**Delaware County, Iowa**

**2022 Program Year**
Map Created February 08, 2022

**Farm 4771**
**Tract 360**

Tract Cropland Total: 51.21 acres

Legend

Wetland Determination Identifiers

☐ Cropland   ☐ Tract Boundary
☐ Iowa PLSS   — Iowa Roads

● Restricted Use

▽ Limited Restrictions

▣ Exempt from Conservation
Compliance Provisions

United States Department of Agriculture (USDA) Farm Service Agency (FSA) maps are for FSA Program administration only. This map does not represent a legal survey or reflect actual ownership; rather it depicts the information provided directly from the producer and/or National Agricultural Imagery Program (NAIP) imagery. The producer accepts the data 'as is' and assumes all risks associated with its use. USDA-FSA assumes no responsibility for actual or consequential damage incurred as a result of any user's reliance on this data outside FSA Programs. Wetland identifiers do not represent the size, shape, or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact boundaries and determinations or contact USDA Natural Resources Conservation Service (NRCS).

USDA is an equal opportunity provider, employer, and lender.