# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| CTM Holdings, LLC <br> *Plaintiff* <br> v. <br> United States Department of Agriculture et al <br> *Defendants* <br> Iowa Farmers Union et al <br> *Intervenors* | Civil Action No. 24-CV-2016-CJW-MAR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff take nothing and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by C.J. Williams, Chief Judge

Date: 5/29/2025

*PAUL DE YOUNG, CLERK OF COURT*

S/ DES   Deputy Clerk
*Signature of Clerk or Deputy Clerk*